Matthew O'Brien
U.S. Attorney's Office
312 N. Spring St., 13th Fl.
Los Angeles, CA 90012
(213) 894-8644



FILED
CLERK, U.S. DISTRICT COURT

10/18/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CD___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JERRY NEHL BOYLAN, DEFENDANT(S) | CASE NUMBER CR No. 2:22-cr-00482-PA  NOTICE TO COURT OF RELATED CRIMINAL CASE  (PURSUANT TO GENERAL ORDER 14-03) |
|---|---|

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to <u>United States v. Jerry Nehl Boylan</u>, Case No. CR 20-CR-600(A)-GW, which:

    __X__    was previously assigned to the Honorable George H. Wu;

    _____    has not been previously assigned.

The above-entitled cases may be related for the following reasons:

    __X__    the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

    __X__    the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: October 18, 2022

_____
MATTHEW W. O'BRIEN
Assistant United States Attorney