1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  GEORGINA E. WAKEFIELD (Bar No. 282094)
   Deputy Federal Public Defender
3  (E-Mail:  Georgina_Wakefield@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone:  (213) 894-4795
5  Facsimile:  (213) 894-0081

6

7               UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9                     WESTERN DIVISION

10

11 | UNITED STATES OF AMERICA,    | Case No. 2:22-CR-00482-GW-1
12 |          Plaintiff,          | **NOTICE OF APPEARANCE**
13 |     v.                       |
14 | JERRY NEHL BOYLAN,           |
15 |                              |
16 |          Defendant.          |

17         PLEASE TAKE NOTICE that Deputy Federal Public Defender Georgina

18 Wakefield, hereby gives notice that she has been assigned to represent Defendant Jerry

19 Nehl Boylan in this matter.

20         Please make all necessary changes to the Court's case management/electronic

21 filing system to ensure that Deputy Federal Public Defender Georgina Wakefield

22 receives all e-mails relating to filings in this case.

23                              Respectfully submitted,

24                              CUAUHTEMOC ORTEGA
                                Federal Public Defender
25

26 DATED: November 9, 2022    By: */s/ Georgina Wakefield*
27                              GEORGINA WAKEFIELD
                                Deputy Federal Public Defender
28