CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JULIA DEIXLER (Bar No. 301954)
Deputy Federal Public Defender
(E-Mail: Julia_Deixler@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7550
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY BOYLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-482-GW |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| JERRY BOYLAN, | |
| Defendant. | |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Julia Deixler, hereby gives notice that she has been assigned to represent Defendant Jerry Boylan, along with Georgina Wakefield, in this matter.

Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Julia Deixler receives all e-mails relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: December 6, 2022     By: /s/ Julia Deixler
                            JULIA DEIXLER
                            Deputy Federal Public Defender