E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental and Community Safety Crimes Section
Assistant United States Attorney
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
BRIAN FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Public Corruption and Civil Rights Section
        1300 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-8644
        Facsimile: (213) 894-0141
        E-mail:   Matthew.O'Brien@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-482-GW |
| Plaintiff, | **AMENDED** ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JERRY NEHL BOYLAN, | **[PROPOSED] TRIAL DATE: 7-11-2023** |
| Defendant. | **[PROPOSED] PRETRIAL STATUS CONFERENCE: 6-22-2023** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on December 12, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the

trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from December 20, 2022 to July 11, 2023 at 8:30 a.m.  The pretrial status conference hearing is set for June 22, 2023 at 8:00 a.m.  The briefing schedule for all motions, other than motions in limine, shall be:

a.   Motions: May 4, 2023.

b.   Oppositions: May 18, 2023.

c.   Replies: May 25, 2023.

d.   Motions hearing: June 1, 2023.

2.   The time period of December 20, 2022 to *July 11, 2023*, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Defendant shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on *July 11, 2023*, at 8:30 a.m.

1        4.    Nothing in this Order shall preclude a finding that other

2  provisions of the Speedy Trial Act dictate that additional time

3  periods are excluded from the period within which trial must

4  commence.  Moreover, the same provisions and/or other provisions of

5  the Speedy Trial Act may in the future authorize the exclusion of

6  additional time periods from the period within which trial must

7  commence.

8        IT IS SO ORDERED.

9

10  _December 13, 2022_____    _____

11   DATE                            HONORABLE GEORGE H. WU
                                      UNITED STATES DISTRICT JUDGE

12

13

14  Presented by:

15    /s/_____

16  MATTHEW O'BRIEN
    Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28