CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: gabriela_rivera@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JERRY NEHL BOYLAN,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00482-GW-1<br><br>**NOTICE OF APPEARANCE** |

　　　PLEASE TAKE NOTICE that Deputy Federal Public Defender Gabriela Rivera has been assigned to represent Defendant Jerry Nehl Boylan.

　　　Please make all necessary changes to the Court's case management/electronic filing system to ensure that Deputy Federal Public Defender Gabriela Rivera receives all e-mails relating to filings in this case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　　　　Federal Public Defender

DATED: December 20, 2022　　　By  */s/ Gabriela Rivera*
　　　　　　　　　　　　　　　　　　Gabriela Rivera
　　　　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　　　　Attorney for JERRY NEHL BOYLAN

1