GABRIELA RIVERA (Bar No. 283633)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5372

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-cr-00482-GW-1 |
| v. | |
| JERRY NEHL BOYLAN | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

1. Ex Parte Application to File in Camera (In Camera Document)
2. [Proposed] Order to File in Camera (In Camera Document)
3. In Camera Documents

**Reason:**

[ ] Under Seal
[✓] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

December 20, 2022                                   /s/ Gabriela Rivera
Date                                                         Attorney Name
                                                                 JERRY NEHL BOYLAN
                                                                 Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                             **NOTICE OF MANUAL FILING OR LODGING**