CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY NEHL BOYLAN,<br><br>　　　　Defendant. | Case No. 2:22-CR-00482-GW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL GOVERNMENT TO PERMIT DEFENSE EXAMINATION OF DIGITAL DEVICES; EXCLUDING DATA FROM THE DEVICES AT TRIAL IN THE ALTERNATIVE** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant's motion in the alternative to compel the government to permit a defense examination of the digital devices recovered from the wreckage of the Conception or to exclude any data from these devices at trial is GRANTED.

/ / /

/ / /

/ / /

/ / /

The government is ordered to elect which option it will proceed with no later than three business days after the entry of this order.

DATED:                                   By _____
                                         HON. GEORGE H. WU
                                         United States District Judge

Presented by:

 /s/ Georgina Wakefield
GEORGINA WAKEFIELD
Deputy Federal Public Defender