Georgina E. Wakefield
Deputy Federal Public Defender (Bar No. 282094)
321 E. 2nd St.
Los Angeles, CA 90012
213-894-4795; georgina_wakefield@fd.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-CR-00482-GW |
| v. | |
| JERRY NEHL BOYLAN | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

1. EX PARTE APPLICATION TO FILE DOCUMENT IN CAMERA
IN CAMERA
2. [PROPOSED] ORDER TO FILE DOCUMENT IN CAMERA
IN CAMERA
3. IN CAMERA DOCUMENT

**Reason:**
☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 23, 2023
Date

/s/ Georgina E. Wakefield
Attorney Name
JERRY NEHL BOYLAN
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)              **NOTICE OF MANUAL FILING OR LODGING**