# EXHIBIT 3



# United States Department of Justice

### United States Attorney's Office
### Central District of California

---

*Mark A. Williams*  
*Phone: (213) 894-3359*  
*E-mail: mark.a.williams@usdoj.gov*

*1300 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California  90012*

December 8, 2022

**VIA HAND DELIVERY**

Georgina Wakefield  
Gabriela Rivera  
Julia Deixler  
Deputy Federal Public Defenders  
321 East 2nd Street  
Los Angeles, California  90012

      Re:    United States v. Jerry Nehl Boylan,  
                  CR No. 22-482-GW

Dear Counsel:

Pursuant to your request on November 17, 2022, enclosed please find load files for the discovery previously produced to you in PDF format on August 17 and 31, 2022 in *United States v. Jerry Nehl Boylan*, Case No. CR 20-600-GW.

Specifically, the enclosed load files correspond to data produced to you in Productions 12, 13 and 14 in the prior case.  For the avoidance of confusion, the Bates numbering for the load file materials produced today is the same as the Bates numbering for the corresponding materials previously produced to you in August.  We are enclosing copies of the prior discovery correspondence accompanying Productions 12-14 and indices describing the content of the discovery for your convenience.[1]

The thumb drive containing the discovery is encrypted.  We will provide the password to access the thumb drive by separate correspondence.

More generally, the discovery that the government produced to you upon your request in Case No. CR 20-600-GW pertains equally to the charges in Case No. CR 22-482-GW, including discovery for which we have met and conferred in the past.  Nonetheless, should you like to discuss previously produced discovery or this discovery production, and/or make arrangements for future discovery productions, at a Rule 16.1 discovery conference, please let us know.

---

[1] The materials produced today contain the identifier "LF" to differentiate them from the initial version of the discovery indices produced to you in August; however, the contents listed are identical.

Wakefield / Rivera / Deixler
RE:  United States v. Jerry Nehl Boylan
March 25, 2023
Page 2


The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief.  Please contact us to arrange a mutually convenient time for your inspection of such items.

The government will produce to you any additional Jencks material—including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued—one week before trial if you agree to the production of reciprocal Jencks material at that time or affirmatively represent that you have no Jencks material to produce.  Please inform us whether such an arrangement is acceptable to you.

The government also hereby gives notice that it may seek to introduce the other crimes, wrongs, or acts committed by your client that are referenced in the enclosed items and/or previously produced items pursuant to Rules 404(b) and/or 609(b) of the Federal Rules of Evidence.  The government will provide a more detailed discussion of the Rule 404(b) evidence at a later date.

The enclosed materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.

In addition, pursuant to Rule 16(b)(1)(C), the government again hereby requests disclosure of testimony that you intend to use under Rules 702, 703, and/or 705 of the Federal Rules of Evidence.

Please let us know if you have any questions or would like to further discuss any of the matters raised above.

Very truly yours,


        /s/

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
BRIAN R. FAERSTEIN
Assistant United States Attorneys


Enclosures:    16gb removable USB flash drive containing Load Files Data
               Prod_12LF_13LF_14LF;

Wakefield / Rivera / Deixler
RE:  United States v. Jerry Nehl Boylan
March 25, 2023
Page 3

    Discovery Production Indices 12LF_13LF_14LF;

    Discovery Correspondence Letter dated August 17, 2022;

    Discovery Correspondence Letter dated August 31, 2022

Case 2:22-cr-00482-GW   Document 34-3   Filed 03/30/23   Page 5 of 10   Page ID #:260

CR 22-482-GW
Production Date: 12-07-2022
Load File Production

*US v JERRY NEHL BOYLAN*

Environmental and Community Safety Crimes Section

**Prod_012LF  (VOL027)**
Discovery Index

| BEGDOC | ENDDOC | FILENAME | PROD_BEGDOC | PROD_ENDDOC | PROD_BEGATTACH | PROD_ENDATTACH |
|---|---|---|---|---|---|---|
| 00305321 | 00305321 | 01. FD-302_Review_of_1B522_Derived_from_1B136 (Patricia Beitzinger's iPhone).pdf | BOYLAN_00330784 | BOYLAN_00330784 | BOYLAN_00330784 | BOYLAN_00330784 |
| 00305322 | 00305337 | 01A. Celebrite Extraction_Review of 1B522 - Derived from 1B136.pdf | BOYLAN_00330785 | BOYLAN_00330800 | BOYLAN_00330785 | BOYLAN_00330800 |
| 00305338 | 00305338 | 02. 5005.JPG | BOYLAN_00330801 | BOYLAN_00330801 | BOYLAN_00330801 | BOYLAN_00330801 |
| 00305339 | 00305339 | 03. 5005_1.JPG | BOYLAN_00330802 | BOYLAN_00330802 | BOYLAN_00330802 | BOYLAN_00330802 |
| 00305340 | 00305340 | 04. 5005_2.JPG | BOYLAN_00330803 | BOYLAN_00330803 | BOYLAN_00330803 | BOYLAN_00330803 |
| 00305341 | 00305341 | 05. 5005_3.JPG | BOYLAN_00330804 | BOYLAN_00330804 | BOYLAN_00330804 | BOYLAN_00330804 |
| 00305342 | 00305342 | 06. IMG_4731.JPG | BOYLAN_00330805 | BOYLAN_00330805 | BOYLAN_00330805 | BOYLAN_00330805 |
| 00305343 | 00305343 | 07. IMG_4732.JPG | BOYLAN_00330806 | BOYLAN_00330806 | BOYLAN_00330806 | BOYLAN_00330806 |
| 00305344 | 00305344 | 08. IMG_4733.JPG | BOYLAN_00330807 | BOYLAN_00330807 | BOYLAN_00330807 | BOYLAN_00330807 |
| 00305345 | 00305345 | 09. IMG_4734.JPG | BOYLAN_00330808 | BOYLAN_00330808 | BOYLAN_00330808 | BOYLAN_00330808 |
| 00305346 | 00305346 | 10. IMG_4734.MOV | BOYLAN_00330809 | BOYLAN_00330809 | BOYLAN_00330809 | BOYLAN_00330809 |
| 00305347 | 00305347 | 11. IMG_4734.THM | BOYLAN_00330810 | BOYLAN_00330810 | BOYLAN_00330810 | BOYLAN_00330810 |
| 00305348 | 00305348 | 12. IMG_6928.jpeg | BOYLAN_00330811 | BOYLAN_00330811 | BOYLAN_00330811 | BOYLAN_00330811 |
| 00305349 | 00305349 | 13. IMG_7503.jpeg | BOYLAN_00330812 | BOYLAN_00330812 | BOYLAN_00330812 | BOYLAN_00330812 |
| 00305350 | 00305350 | 14. PreviewWellImage.tiff | BOYLAN_00330813 | BOYLAN_00330813 | BOYLAN_00330813 | BOYLAN_00330813 |

*Privileged and Highly Confidential*
*Attorney Work Product*

CR 22-482-GW
Production Date: 12-07-2022
Load File Production

*US v JERRY NEHL BOYLAN*
**Production 013LF (v028)**
Discovery Index

Environmental and Community Safety Crimes Section

| PROD_BEGDOC | PROD_ENDDOC | PROD_BEGATTACH | PROD_ENDATTACH | ORIGINALPATH | FILEEXTEN | PAGES | FILENAME |
|---|---|---|---|---|---|---|---|
| BOYLAN_00330814 | BOYLAN_00330819 | BOYLAN_00330814 | BOYLAN_00330819 | /VOL028/Search Warrants re Digital Devices from Conception Salvage Wreck (-03738) | pdf | 6 | 20191230 Application for 1st SW Extension re Digital Devices from Conception Salvage Wreck (-03738).pdf |
| BOYLAN_00330820 | BOYLAN_00330822 | BOYLAN_00330820 | BOYLAN_00330822 | /VOL028/Search Warrants re Digital Devices from Conception Salvage Wreck (-03738) | pdf | 3 | 20191230 Order Granting SW Ext re Digital Devices from Conception Salvage Wreck (-03738).pdf |
| BOYLAN_00330823 | BOYLAN_00330829 | BOYLAN_00330823 | BOYLAN_00330829 | /VOL028/Search Warrants re Digital Devices from Conception Salvage Wreck (-03738) | pdf | 7 | 20200431 Application for SW 2nd Ext re Digital Devices from Conception Salvage Wreck (-03738).pdf |
| BOYLAN_00330830 | BOYLAN_00330832 | BOYLAN_00330830 | BOYLAN_00330832 | /VOL028/Search Warrants re Digital Devices from Conception Salvage Wreck (-03738) | pdf | 3 | 20200431 Order Granting SW 2nd Extension of Time.pdf |
| BOYLAN_00330833 | BOYLAN_00330838 | BOYLAN_00330833 | BOYLAN_00330838 | /VOL028/Search Warrants re Digital Devices from Conception Salvage Wreck (-03738) | pdf | 6 | 20200827 Application for SW 3rd Extension re Digital Devices from Conception Salvage Wreck (19-MJ-3738).pdf |
| BOYLAN_00330839 | BOYLAN_00330840 | BOYLAN_00330839 | BOYLAN_00330840 | /VOL028/Search Warrants re Digital Devices from Conception Salvage Wreck (-03738) | pdf | 2 | 20200827 Order Granting SW 3rd Ext re Digital Devices from Conception Salvage Wreck.pdf |

*Privileged and Highly Confidential*
*Attorney Work Product*

Case 2:22-cr-00482-GW   Document 24-3   Filed 03/30/23   Page 7 of 10   Page ID #:262

CR 22-482-GW | US v. JERRY NEHL BOYLAN | Environmental and Community Safety Crimes Section
Production Date: 12-07-2022 | Prod_014LF (VOL029)
Load File Production | Discovery Index

| BEGDOC | ENDDOC | FILENAME | PROD_BEGDOC | PROD_ENDDOC | PROD_BEGATTACH | PROD_ENDATTACH |
|---|---|---|---|---|---|---|
| 00305378 | 00305432 | 1145 1-22-SW-462 Affidavit JFA.pdf | BOYLAN_00330841 | BOYLAN_00330895 | BOYLAN_00330841 | BOYLAN_00330895 |
| 00305433 | 00305439 | 1145 1-22-SW-462 Application JFA.pdf | BOYLAN_00330896 | BOYLAN_00330902 | BOYLAN_00330896 | BOYLAN_00330902 |
| 00305440 | 00305447 | 1145 1-22-SW-462 Search Warrant JFA.pdf | BOYLAN_00330903 | BOYLAN_00330910 | BOYLAN_00330903 | BOYLAN_00330910 |
| 00305448 | 00305448 | 5005.JPG | BOYLAN_00330911 | BOYLAN_00330911 | BOYLAN_00330911 | BOYLAN_00330911 |
| 00305449 | 00305449 | 5005_1.JPG | BOYLAN_00330912 | BOYLAN_00330912 | BOYLAN_00330912 | BOYLAN_00330912 |
| 00305450 | 00305450 | 5005_2.JPG | BOYLAN_00330913 | BOYLAN_00330913 | BOYLAN_00330913 | BOYLAN_00330913 |
| 00305451 | 00305451 | 5005_3.JPG | BOYLAN_00330914 | BOYLAN_00330914 | BOYLAN_00330914 | BOYLAN_00330914 |
| 00305452 | 00305452 | IMG_4731.JPG | BOYLAN_00330915 | BOYLAN_00330915 | BOYLAN_00330915 | BOYLAN_00330915 |
| 00305453 | 00305453 | IMG_4732.JPG | BOYLAN_00330916 | BOYLAN_00330916 | BOYLAN_00330916 | BOYLAN_00330916 |
| 00305454 | 00305454 | IMG_4733.JPG | BOYLAN_00330917 | BOYLAN_00330917 | BOYLAN_00330917 | BOYLAN_00330917 |
| 00305455 | 00305455 | IMG_4734.JPG | BOYLAN_00330918 | BOYLAN_00330918 | BOYLAN_00330918 | BOYLAN_00330918 |
| 00305456 | 00305456 | IMG_4734.THM | BOYLAN_00330919 | BOYLAN_00330919 | BOYLAN_00330919 | BOYLAN_00330919 |
| 00305457 | 00305457 | IMG_6928.jpeg | BOYLAN_00330920 | BOYLAN_00330920 | BOYLAN_00330920 | BOYLAN_00330920 |
| 00305458 | 00305458 | IMG_7503.jpeg | BOYLAN_00330921 | BOYLAN_00330921 | BOYLAN_00330921 | BOYLAN_00330921 |
| 00305459 | 00305459 | PreviewWellImage.tiff | BOYLAN_00330922 | BOYLAN_00330922 | BOYLAN_00330922 | BOYLAN_00330922 |
| 00305460 | 00305460 | IMG_4734.MOV | BOYLAN_00330923 | BOYLAN_00330923 | BOYLAN_00330923 | BOYLAN_00330923 |
| 00305461 | 00305461 | 16165770-82b0-3990-8b2c-ab1516da1d30.png | BOYLAN_00330924 | BOYLAN_00330924 | BOYLAN_00330924 | BOYLAN_00330924 |
| 00305462 | 00305462 | activityAnalytics.png | BOYLAN_00330925 | BOYLAN_00330925 | BOYLAN_00330925 | BOYLAN_00330925 |
| 00305463 | 00305463 | activity_call.png | BOYLAN_00330926 | BOYLAN_00330926 | BOYLAN_00330926 | BOYLAN_00330926 |
| 00305464 | 00305464 | activity_data-files.png | BOYLAN_00330927 | BOYLAN_00330927 | BOYLAN_00330927 | BOYLAN_00330927 |
| 00305465 | 00305465 | activity_email.png | BOYLAN_00330928 | BOYLAN_00330928 | BOYLAN_00330928 | BOYLAN_00330928 |
| 00305466 | 00305466 | address-entry.png | BOYLAN_00330929 | BOYLAN_00330929 | BOYLAN_00330929 | BOYLAN_00330929 |
| 00305467 | 00305467 | attachment.png | BOYLAN_00330930 | BOYLAN_00330930 | BOYLAN_00330930 | BOYLAN_00330930 |
| 00305468 | 00305468 | c685e36f-8cb4-3f4d-b633-a03792337b76.png | BOYLAN_00330931 | BOYLAN_00330931 | BOYLAN_00330931 | BOYLAN_00330931 |
| 00305469 | 00305469 | calendar.png | BOYLAN_00330932 | BOYLAN_00330932 | BOYLAN_00330932 | BOYLAN_00330932 |
| 00305470 | 00305470 | call.png | BOYLAN_00330933 | BOYLAN_00330933 | BOYLAN_00330933 | BOYLAN_00330933 |
| 00305471 | 00305471 | car-entry.png | BOYLAN_00330934 | BOYLAN_00330934 | BOYLAN_00330934 | BOYLAN_00330934 |
| 00305472 | 00305472 | cb6bb718-74af-33eb-b20d-19a3b64c44b9.png | BOYLAN_00330935 | BOYLAN_00330935 | BOYLAN_00330935 | BOYLAN_00330935 |
| 00305473 | 00305473 | chat.png | BOYLAN_00330936 | BOYLAN_00330936 | BOYLAN_00330936 | BOYLAN_00330936 |
| 00305474 | 00305474 | data-files.png | BOYLAN_00330937 | BOYLAN_00330937 | BOYLAN_00330937 | BOYLAN_00330937 |
| 00305475 | 00305475 | Deleted-icon.png | BOYLAN_00330938 | BOYLAN_00330938 | BOYLAN_00330938 | BOYLAN_00330938 |
| 00305476 | 00305476 | Deleted1.png | BOYLAN_00330939 | BOYLAN_00330939 | BOYLAN_00330939 | BOYLAN_00330939 |
| 00305477 | 00305477 | email-entry.png | BOYLAN_00330940 | BOYLAN_00330940 | BOYLAN_00330940 | BOYLAN_00330940 |
| 00305478 | 00305478 | email-read.png | BOYLAN_00330941 | BOYLAN_00330941 | BOYLAN_00330941 | BOYLAN_00330941 |
| 00305479 | 00305479 | email-sent.png | BOYLAN_00330942 | BOYLAN_00330942 | BOYLAN_00330942 | BOYLAN_00330942 |
| 00305480 | 00305480 | email.png | BOYLAN_00330943 | BOYLAN_00330943 | BOYLAN_00330943 | BOYLAN_00330943 |
| 00305481 | 00305481 | f99ae01a-16f5-3713-9238-26675581235e.png | BOYLAN_00330944 | BOYLAN_00330944 | BOYLAN_00330944 | BOYLAN_00330944 |
| 00305482 | 00305482 | fax-entry.png | BOYLAN_00330945 | BOYLAN_00330945 | BOYLAN_00330945 | BOYLAN_00330945 |
| 00305483 | 00305483 | Forwarded.png | BOYLAN_00330946 | BOYLAN_00330946 | BOYLAN_00330946 | BOYLAN_00330946 |
| 00305484 | 00305484 | FromArrow.png | BOYLAN_00330947 | BOYLAN_00330947 | BOYLAN_00330947 | BOYLAN_00330947 |
| 00305485 | 00305485 | general-entry.png | BOYLAN_00330948 | BOYLAN_00330948 | BOYLAN_00330948 | BOYLAN_00330948 |
| 00305486 | 00305486 | google-earth.png | BOYLAN_00330949 | BOYLAN_00330949 | BOYLAN_00330949 | BOYLAN_00330949 |
| 00305487 | 00305487 | google-maps.png | BOYLAN_00330950 | BOYLAN_00330950 | BOYLAN_00330950 | BOYLAN_00330950 |
| 00305488 | 00305488 | goto.png | BOYLAN_00330951 | BOYLAN_00330951 | BOYLAN_00330951 | BOYLAN_00330951 |
| 00305489 | 00305489 | HeaderHtml.jpg | BOYLAN_00330952 | BOYLAN_00330952 | BOYLAN_00330952 | BOYLAN_00330952 |
| 00305490 | 00305490 | HeaderPdf.jpg | BOYLAN_00330953 | BOYLAN_00330953 | BOYLAN_00330953 | BOYLAN_00330953 |
| 00305491 | 00305491 | home-entry.png | BOYLAN_00330954 | BOYLAN_00330954 | BOYLAN_00330954 | BOYLAN_00330954 |
| 00305492 | 00305492 | Image.png | BOYLAN_00330955 | BOYLAN_00330955 | BOYLAN_00330955 | BOYLAN_00330955 |
| 00305493 | 00305493 | infected.png | BOYLAN_00330956 | BOYLAN_00330956 | BOYLAN_00330956 | BOYLAN_00330956 |
| 00305494 | 00305494 | Intact-icon.png | BOYLAN_00330957 | BOYLAN_00330957 | BOYLAN_00330957 | BOYLAN_00330957 |

CR 22-482-GW  
Production Date: 12-07-2022  
Load File Production

**USA v. JERRY NEHL BOYLAN**

**Prod_014LF (VOL029)**

**Discovery Index**

Environmental and Community Safety Crimes Section

| BEGDOC | ENDDOC | FILENAME | PROD_BEGDOC | PROD_ENDDOC | PROD_BEGATTACH | PROD_ENDATTACH |
|---|---|---|---|---|---|---|
| 00305495 | 00305495 | ipconnection.png | BOYLAN_00330958 | BOYLAN_00330958 | BOYLAN_00330958 | BOYLAN_00330958 |
| 00305496 | 00305496 | logoIcon.png | BOYLAN_00330959 | BOYLAN_00330959 | BOYLAN_00330959 | BOYLAN_00330959 |
| 00305497 | 00305497 | map-icon.png | BOYLAN_00330960 | BOYLAN_00330960 | BOYLAN_00330960 | BOYLAN_00330960 |
| 00305498 | 00305498 | mobile-entry.png | BOYLAN_00330961 | BOYLAN_00330961 | BOYLAN_00330961 | BOYLAN_00330961 |
| 00305499 | 00305499 | notes-entry.png | BOYLAN_00330962 | BOYLAN_00330962 | BOYLAN_00330962 | BOYLAN_00330962 |
| 00305500 | 00305500 | office-entry.png | BOYLAN_00330963 | BOYLAN_00330963 | BOYLAN_00330963 | BOYLAN_00330963 |
| 00305501 | 00305501 | organization.png | BOYLAN_00330964 | BOYLAN_00330964 | BOYLAN_00330964 | BOYLAN_00330964 |
| 00305502 | 00305502 | pager-entry.png | BOYLAN_00330965 | BOYLAN_00330965 | BOYLAN_00330965 | BOYLAN_00330965 |
| 00305503 | 00305503 | PrivateReplyIcon.png | BOYLAN_00330966 | BOYLAN_00330966 | BOYLAN_00330966 | BOYLAN_00330966 |
| 00305504 | 00305504 | ReplyIcon.png | BOYLAN_00330967 | BOYLAN_00330967 | BOYLAN_00330967 | BOYLAN_00330967 |
| 00305505 | 00305505 | Scrambled.png | BOYLAN_00330968 | BOYLAN_00330968 | BOYLAN_00330968 | BOYLAN_00330968 |
| 00305506 | 00305506 | SentWithSiri.png | BOYLAN_00330969 | BOYLAN_00330969 | BOYLAN_00330969 | BOYLAN_00330969 |
| 00305507 | 00305507 | skype.png | BOYLAN_00330970 | BOYLAN_00330970 | BOYLAN_00330970 | BOYLAN_00330970 |
| 00305508 | 00305508 | star.png | BOYLAN_00330971 | BOYLAN_00330971 | BOYLAN_00330971 | BOYLAN_00330971 |
| 00305509 | 00305509 | sub-element.png | BOYLAN_00330972 | BOYLAN_00330972 | BOYLAN_00330972 | BOYLAN_00330972 |
| 00305510 | 00305510 | Tag.png | BOYLAN_00330973 | BOYLAN_00330973 | BOYLAN_00330973 | BOYLAN_00330973 |
| 00305511 | 00305511 | ToArrow.png | BOYLAN_00330974 | BOYLAN_00330974 | BOYLAN_00330974 | BOYLAN_00330974 |
| 00305512 | 00305512 | Unknown-icon.png | BOYLAN_00330975 | BOYLAN_00330975 | BOYLAN_00330975 | BOYLAN_00330975 |
| 00305513 | 00305513 | verified-bad.png | BOYLAN_00330976 | BOYLAN_00330976 | BOYLAN_00330976 | BOYLAN_00330976 |
| 00305514 | 00305514 | verified-good.png | BOYLAN_00330977 | BOYLAN_00330977 | BOYLAN_00330977 | BOYLAN_00330977 |
| 00305515 | 00305515 | verified-info.png | BOYLAN_00330978 | BOYLAN_00330978 | BOYLAN_00330978 | BOYLAN_00330978 |
| 00305516 | 00305516 | Video.png | BOYLAN_00330979 | BOYLAN_00330979 | BOYLAN_00330979 | BOYLAN_00330979 |
| 00305517 | 00305517 | warning-icon.png | BOYLAN_00330980 | BOYLAN_00330980 | BOYLAN_00330980 | BOYLAN_00330980 |
| 00305518 | 00305518 | web-address-entry.png | BOYLAN_00330981 | BOYLAN_00330981 | BOYLAN_00330981 | BOYLAN_00330981 |
| 00305519 | 00305519 | work-entry.png | BOYLAN_00330982 | BOYLAN_00330982 | BOYLAN_00330982 | BOYLAN_00330982 |
| 00305520 | 00305520 | NativeDB.db | BOYLAN_00330983 | BOYLAN_00330983 | BOYLAN_00330983 | BOYLAN_00330983 |
| 00305521 | 00305535 | style.css | BOYLAN_00330984 | BOYLAN_00330998 | BOYLAN_00330984 | BOYLAN_00330998 |
| 00305536 | 00305551 | Review of 1B522 - Derived from 1B136.pdf | BOYLAN_00330999 | BOYLAN_00331014 | BOYLAN_00330999 | BOYLAN_00331014 |
| 00305552 | 00305567 | Review of 1B522.html | BOYLAN_00331015 | BOYLAN_00331030 | BOYLAN_00331015 | BOYLAN_00331030 |
| 00305568 | 00305568 | Device Information | BOYLAN_00331031 | BOYLAN_00331031 | BOYLAN_00331031 | BOYLAN_00331031 |
| 00305569 | 00305569 | [Unnamed Database] | BOYLAN_00331032 | BOYLAN_00331032 | BOYLAN_00331032 | BOYLAN_00331038 |
| 00305570 | 00305570 | [Unnamed Database] | BOYLAN_00331033 | BOYLAN_00331033 | BOYLAN_00331032 | BOYLAN_00331038 |
| 00305571 | 00305571 | [Unnamed Database] | BOYLAN_00331034 | BOYLAN_00331034 | BOYLAN_00331032 | BOYLAN_00331038 |
| 00305572 | 00305572 | [Unnamed Database] | BOYLAN_00331035 | BOYLAN_00331035 | BOYLAN_00331032 | BOYLAN_00331038 |
| 00305573 | 00305573 | [Unnamed Database] | BOYLAN_00331036 | BOYLAN_00331036 | BOYLAN_00331032 | BOYLAN_00331038 |
| 00305574 | 00305574 | [Unnamed Database] | BOYLAN_00331037 | BOYLAN_00331037 | BOYLAN_00331032 | BOYLAN_00331038 |
| 00305575 | 00305575 | [Unnamed Database] | BOYLAN_00331038 | BOYLAN_00331038 | BOYLAN_00331032 | BOYLAN_00331038 |
| 00305576 | 00305576 | Flight: WN 1538 from BUR to PHX | BOYLAN_00331039 | BOYLAN_00331039 | BOYLAN_00331039 | BOYLAN_00331039 |
| 00305577 | 00305577 | Flight: WN 1538 from BUR to PHX | BOYLAN_00331040 | BOYLAN_00331040 | BOYLAN_00331040 | BOYLAN_00331040 |
| 00305578 | 00305578 | Patricia Beitzinger | BOYLAN_00331041 | BOYLAN_00331041 | BOYLAN_00331041 | BOYLAN_00331041 |
| 00305579 | 00305579 | Patricia Beitzinger | BOYLAN_00331042 | BOYLAN_00331042 | BOYLAN_00331042 | BOYLAN_00331042 |
| 00305580 | 00305580 | 0DC34F76-162E-4ED0-A91F-7C2885B47157 | BOYLAN_00331043 | BOYLAN_00331043 | BOYLAN_00331043 | BOYLAN_00331043 |
| 00305581 | 00305581 | F604FE84-042E-4E4D-BA83-72B878818DF6 | BOYLAN_00331044 | BOYLAN_00331044 | BOYLAN_00331044 | BOYLAN_00331044 |
| 00305582 | 00305582 | 497045B8-DA17-4C9E-9AAB-A215DBC6AA2A | BOYLAN_00331045 | BOYLAN_00331045 | BOYLAN_00331045 | BOYLAN_00331045 |
| 00305583 | 00305583 | E8AF706C-40C8-404E-B35A-323C2349435C | BOYLAN_00331046 | BOYLAN_00331046 | BOYLAN_00331046 | BOYLAN_00331046 |
| 00305584 | 00305584 | 97242C7E-522A-426E-B6D5-4A04C05DD787 | BOYLAN_00331047 | BOYLAN_00331047 | BOYLAN_00331047 | BOYLAN_00331047 |
| 00305585 | 00305585 | 73687FF8-A424-4FE2-8B20-017A6E446A0C | BOYLAN_00331048 | BOYLAN_00331048 | BOYLAN_00331048 | BOYLAN_00331048 |
| 00305586 | 00305586 | 85394B30-4AE4-41FF-B08B-1496AEF38C56 | BOYLAN_00331049 | BOYLAN_00331049 | BOYLAN_00331049 | BOYLAN_00331049 |
| 00305587 | 00305587 | CDAA8C7A-4135-4AE9-B783-4A8C24F98D11 | BOYLAN_00331050 | BOYLAN_00331050 | BOYLAN_00331050 | BOYLAN_00331050 |
| 00305588 | 00305588 | D0EE0B9B-8045-49C1-9F8F-C8078DE69741 | BOYLAN_00331051 | BOYLAN_00331051 | BOYLAN_00331051 | BOYLAN_00331051 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CR 22-482-GW | | | US v. JERRY NEHL BOYLAN | | | Environmental and Community Safety Crimes Section |
| Production Date: 12-07-2022 | | | Prod_014LF (VOL029) | | | |
| Load File Production | | | Discovery Index | | | |

| BEGDOC | ENDDOC | FILENAME | PROD_BEGDOC | PROD_ENDDOC | PROD_BEGATTACH | PROD_ENDATTACH |
|---|---|---|---|---|---|---|
| 00305589 | 00305589 | 676C40E9-1EA1-4759-A9A4-DF34CF9F10A3 | BOYLAN_00331052 | BOYLAN_00331052 | BOYLAN_00331052 | BOYLAN_00331052 |
| 00305590 | 00305590 | 151AE4E4-03FB-4A6E-AF41-77184CAE338E | BOYLAN_00331053 | BOYLAN_00331053 | BOYLAN_00331053 | BOYLAN_00331053 |
| 00305591 | 00305591 | DC950461-156B-4CE7-BF35-E4DD18984BD2 | BOYLAN_00331054 | BOYLAN_00331054 | BOYLAN_00331054 | BOYLAN_00331054 |
| 00305592 | 00305592 | Patricia A. Beitzinger | BOYLAN_00331055 | BOYLAN_00331055 | BOYLAN_00331055 | BOYLAN_00331055 |
| 00305593 | 00305593 | Leeanna Peterson | BOYLAN_00331056 | BOYLAN_00331056 | BOYLAN_00331056 | BOYLAN_00331056 |
| 00305594 | 00305594 | Patricia | BOYLAN_00331057 | BOYLAN_00331057 | BOYLAN_00331057 | BOYLAN_00331057 |
| 00305595 | 00305595 | 14804069249 | BOYLAN_00331058 | BOYLAN_00331058 | BOYLAN_00331058 | BOYLAN_00331058 |
| 00305596 | 00305596 | IMG_6928.jpeg | BOYLAN_00331059 | BOYLAN_00331059 | BOYLAN_00331059 | BOYLAN_00331059 |
| 00305597 | 00305597 | IMG_7503.jpeg | BOYLAN_00331060 | BOYLAN_00331060 | BOYLAN_00331060 | BOYLAN_00331060 |
| 00305598 | 00305598 | IMG_4734.JPG | BOYLAN_00331061 | BOYLAN_00331061 | BOYLAN_00331061 | BOYLAN_00331061 |
| 00305599 | 00305599 | IMG_4734.THM | BOYLAN_00331062 | BOYLAN_00331062 | BOYLAN_00331062 | BOYLAN_00331062 |
| 00305600 | 00305600 | 5005.JPG | BOYLAN_00331063 | BOYLAN_00331063 | BOYLAN_00331063 | BOYLAN_00331063 |
| 00305601 | 00305601 | 5005.JPG | BOYLAN_00331064 | BOYLAN_00331064 | BOYLAN_00331064 | BOYLAN_00331064 |
| 00305602 | 00305602 | 5005.JPG | BOYLAN_00331065 | BOYLAN_00331065 | BOYLAN_00331065 | BOYLAN_00331065 |
| 00305603 | 00305603 | 5005.JPG | BOYLAN_00331066 | BOYLAN_00331066 | BOYLAN_00331066 | BOYLAN_00331066 |
| 00305604 | 00305604 | PreviewWellImage.tiff | BOYLAN_00331067 | BOYLAN_00331067 | BOYLAN_00331067 | BOYLAN_00331067 |
| 00305605 | 00305605 | IMG_4731.JPG | BOYLAN_00331068 | BOYLAN_00331068 | BOYLAN_00331068 | BOYLAN_00331068 |
| 00305606 | 00305606 | IMG_4733.JPG | BOYLAN_00331069 | BOYLAN_00331069 | BOYLAN_00331069 | BOYLAN_00331069 |
| 00305607 | 00305607 | IMG_4732.JPG | BOYLAN_00331070 | BOYLAN_00331070 | BOYLAN_00331070 | BOYLAN_00331070 |
| 00305608 | 00305608 | IMG_4734.MOV | BOYLAN_00331071 | BOYLAN_00331071 | BOYLAN_00331071 | BOYLAN_00331071 |
| 00305609 | 00305609 | 5005_thumb.jpg | BOYLAN_00331072 | BOYLAN_00331072 | BOYLAN_00331072 | BOYLAN_00331072 |
| 00305610 | 00305610 | 5005_thumb_1.jpg | BOYLAN_00331073 | BOYLAN_00331073 | BOYLAN_00331073 | BOYLAN_00331073 |
| 00305611 | 00305611 | 5005_thumb_2.jpg | BOYLAN_00331074 | BOYLAN_00331074 | BOYLAN_00331074 | BOYLAN_00331074 |
| 00305612 | 00305612 | 5005_thumb_3.jpg | BOYLAN_00331075 | BOYLAN_00331075 | BOYLAN_00331075 | BOYLAN_00331075 |
| 00305613 | 00305613 | IMG_4731_thumb.jpg | BOYLAN_00331076 | BOYLAN_00331076 | BOYLAN_00331076 | BOYLAN_00331076 |
| 00305614 | 00305614 | IMG_4732_thumb.jpg | BOYLAN_00331077 | BOYLAN_00331077 | BOYLAN_00331077 | BOYLAN_00331077 |
| 00305615 | 00305615 | IMG_4733_thumb.jpg | BOYLAN_00331078 | BOYLAN_00331078 | BOYLAN_00331078 | BOYLAN_00331078 |
| 00305616 | 00305616 | IMG_4734_thumb.jpg | BOYLAN_00331079 | BOYLAN_00331079 | BOYLAN_00331079 | BOYLAN_00331079 |
| 00305617 | 00305617 | IMG_4734_thumb_1.jpg | BOYLAN_00331080 | BOYLAN_00331080 | BOYLAN_00331080 | BOYLAN_00331080 |
| 00305618 | 00305618 | IMG_4734_thumb_2.jpg | BOYLAN_00331081 | BOYLAN_00331081 | BOYLAN_00331081 | BOYLAN_00331081 |
| 00305619 | 00305619 | IMG_6928_thumb.jpg | BOYLAN_00331082 | BOYLAN_00331082 | BOYLAN_00331082 | BOYLAN_00331082 |
| 00305620 | 00305620 | IMG_7503_thumb.jpg | BOYLAN_00331083 | BOYLAN_00331083 | BOYLAN_00331083 | BOYLAN_00331083 |
| 00305621 | 00305621 | PreviewWellImage_thumb.jpg | BOYLAN_00331084 | BOYLAN_00331084 | BOYLAN_00331084 | BOYLAN_00331084 |
| 00305622 | 00305625 | What to do with the Account Package.pdf | BOYLAN_00331085 | BOYLAN_00331088 | BOYLAN_00331085 | BOYLAN_00331088 |
| 00305626 | 00305630 | Diana Adamic iPhone.pdf | BOYLAN_00331089 | BOYLAN_00331093 | BOYLAN_00331089 | BOYLAN_00331093 |
| 00305631 | 00305631 | Device Information | BOYLAN_00331094 | BOYLAN_00331094 | BOYLAN_00331094 | BOYLAN_00331094 |
| 00305632 | 00305632 | 2019-09-01 19:41:00 -07:00 - 2019-09-01 19:41:00 -07:00: [+18312952851@ | BOYLAN_00331095 | BOYLAN_00331095 | BOYLAN_00331095 | BOYLAN_00331096 |
| 00305633 | 00305633 | 2019-09-01 19:41:00 -07:00: +18312952851 -> [+1 831-334-2661] | BOYLAN_00331096 | BOYLAN_00331096 | BOYLAN_00331095 | BOYLAN_00331096 |
| 00305634 | 00305634 | IMG_4929.HEIC | BOYLAN_00331097 | BOYLAN_00331097 | BOYLAN_00331097 | BOYLAN_00331097 |
| 00305635 | 00305635 | IMG_4925.HEIC | BOYLAN_00331098 | BOYLAN_00331098 | BOYLAN_00331098 | BOYLAN_00331098 |
| 00305636 | 00305636 | IMG_4924.HEIC | BOYLAN_00331099 | BOYLAN_00331099 | BOYLAN_00331099 | BOYLAN_00331099 |
| 00305637 | 00305637 | IMG_4928.HEIC | BOYLAN_00331100 | BOYLAN_00331100 | BOYLAN_00331100 | BOYLAN_00331100 |
| 00305638 | 00305638 | IMG_4935.HEIC | BOYLAN_00331101 | BOYLAN_00331101 | BOYLAN_00331101 | BOYLAN_00331101 |
| 00305639 | 00305639 | IMG_4923.HEIC | BOYLAN_00331102 | BOYLAN_00331102 | BOYLAN_00331102 | BOYLAN_00331102 |
| 00305640 | 00305640 | IMG_4934.HEIC | BOYLAN_00331103 | BOYLAN_00331103 | BOYLAN_00331103 | BOYLAN_00331103 |
| 00305641 | 00305641 | IMG_4936.HEIC | BOYLAN_00331104 | BOYLAN_00331104 | BOYLAN_00331104 | BOYLAN_00331104 |
| 00305642 | 00305642 | IMG_4927.HEIC | BOYLAN_00331105 | BOYLAN_00331105 | BOYLAN_00331105 | BOYLAN_00331105 |
| 00305643 | 00305643 | IMG_4930.HEIC | BOYLAN_00331106 | BOYLAN_00331106 | BOYLAN_00331106 | BOYLAN_00331106 |
| 00305644 | 00305644 | IMG_4926.HEIC | BOYLAN_00331107 | BOYLAN_00331107 | BOYLAN_00331107 | BOYLAN_00331107 |
| 00305645 | 00305645 | IMG_4932.MOV | BOYLAN_00331108 | BOYLAN_00331108 | BOYLAN_00331108 | BOYLAN_00331108 |

CR 22-482-GW
Production Date: 12-07-2022
Load File Production

*US v JERRY NEIL BOYLAN*
**Production 014LF (v029)**
**Discovery Index**

Environmental and Community Safety Crimes Section

| BEGDOC | ENDDOC | FILENAME | PROD_BEGDOC | PROD_ENDDOC | PROD_BEGATTACH | PROD_ENDATTACH |
|---|---|---|---|---|---|---|
| 00305646 | 00305646 | IMG_4933.MOV | BOYLAN_00331109 | BOYLAN_00331109 | BOYLAN_00331109 | BOYLAN_00331109 |
| 00305647 | 00305647 | IMG_4931.MOV | BOYLAN_00331110 | BOYLAN_00331110 | BOYLAN_00331110 | BOYLAN_00331110 |
| 00305648 | 00305648 | IMG_4923.HEIC | BOYLAN_00331111 | BOYLAN_00331111 | BOYLAN_00331111 | BOYLAN_00331111 |
| 00305649 | 00305649 | IMG_4924.HEIC | BOYLAN_00331112 | BOYLAN_00331112 | BOYLAN_00331112 | BOYLAN_00331112 |
| 00305650 | 00305650 | IMG_4925.HEIC | BOYLAN_00331113 | BOYLAN_00331113 | BOYLAN_00331113 | BOYLAN_00331113 |
| 00305651 | 00305651 | IMG_4926.HEIC | BOYLAN_00331114 | BOYLAN_00331114 | BOYLAN_00331114 | BOYLAN_00331114 |
| 00305652 | 00305652 | IMG_4927.HEIC | BOYLAN_00331115 | BOYLAN_00331115 | BOYLAN_00331115 | BOYLAN_00331115 |
| 00305653 | 00305653 | IMG_4928.HEIC | BOYLAN_00331116 | BOYLAN_00331116 | BOYLAN_00331116 | BOYLAN_00331116 |
| 00305654 | 00305654 | IMG_4929.HEIC | BOYLAN_00331117 | BOYLAN_00331117 | BOYLAN_00331117 | BOYLAN_00331117 |
| 00305655 | 00305655 | IMG_4930.HEIC | BOYLAN_00331118 | BOYLAN_00331118 | BOYLAN_00331118 | BOYLAN_00331118 |
| 00305656 | 00305656 | IMG_4934.HEIC | BOYLAN_00331119 | BOYLAN_00331119 | BOYLAN_00331119 | BOYLAN_00331119 |
| 00305657 | 00305657 | IMG_4935.HEIC | BOYLAN_00331120 | BOYLAN_00331120 | BOYLAN_00331120 | BOYLAN_00331120 |
| 00305658 | 00305658 | IMG_4936.HEIC | BOYLAN_00331121 | BOYLAN_00331121 | BOYLAN_00331121 | BOYLAN_00331121 |
| 00305659 | 00305659 | IMG_4931.MOV | BOYLAN_00331122 | BOYLAN_00331122 | BOYLAN_00331122 | BOYLAN_00331122 |
| 00305660 | 00305660 | IMG_4932.MOV | BOYLAN_00331123 | BOYLAN_00331123 | BOYLAN_00331123 | BOYLAN_00331123 |
| 00305661 | 00305661 | IMG_4933.MOV | BOYLAN_00331124 | BOYLAN_00331124 | BOYLAN_00331124 | BOYLAN_00331124 |
| 00305662 | 00305662 | device.png | BOYLAN_00331125 | BOYLAN_00331125 | BOYLAN_00331125 | BOYLAN_00331125 |
| 00305663 | 00305663 | IMG_4923_thumb.HEIC | BOYLAN_00331126 | BOYLAN_00331126 | BOYLAN_00331126 | BOYLAN_00331126 |
| 00305664 | 00305664 | IMG_4924_thumb.HEIC | BOYLAN_00331127 | BOYLAN_00331127 | BOYLAN_00331127 | BOYLAN_00331127 |
| 00305665 | 00305665 | IMG_4925_thumb.HEIC | BOYLAN_00331128 | BOYLAN_00331128 | BOYLAN_00331128 | BOYLAN_00331128 |
| 00305666 | 00305666 | IMG_4926_thumb.HEIC | BOYLAN_00331129 | BOYLAN_00331129 | BOYLAN_00331129 | BOYLAN_00331129 |
| 00305667 | 00305667 | IMG_4927_thumb.HEIC | BOYLAN_00331130 | BOYLAN_00331130 | BOYLAN_00331130 | BOYLAN_00331130 |
| 00305668 | 00305668 | IMG_4928_thumb.HEIC | BOYLAN_00331131 | BOYLAN_00331131 | BOYLAN_00331131 | BOYLAN_00331131 |
| 00305669 | 00305669 | IMG_4929_thumb.HEIC | BOYLAN_00331132 | BOYLAN_00331132 | BOYLAN_00331132 | BOYLAN_00331132 |
| 00305670 | 00305670 | IMG_4930_thumb.HEIC | BOYLAN_00331133 | BOYLAN_00331133 | BOYLAN_00331133 | BOYLAN_00331133 |
| 00305671 | 00305671 | IMG_4931_thumb.MOV | BOYLAN_00331134 | BOYLAN_00331134 | BOYLAN_00331134 | BOYLAN_00331134 |
| 00305672 | 00305672 | IMG_4932_thumb.MOV | BOYLAN_00331135 | BOYLAN_00331135 | BOYLAN_00331135 | BOYLAN_00331135 |
| 00305673 | 00305673 | IMG_4933_thumb.MOV | BOYLAN_00331136 | BOYLAN_00331136 | BOYLAN_00331136 | BOYLAN_00331136 |
| 00305674 | 00305674 | IMG_4934_thumb.HEIC | BOYLAN_00331137 | BOYLAN_00331137 | BOYLAN_00331137 | BOYLAN_00331137 |
| 00305675 | 00305675 | IMG_4935_thumb.HEIC | BOYLAN_00331138 | BOYLAN_00331138 | BOYLAN_00331138 | BOYLAN_00331138 |
| 00305676 | 00305676 | IMG_4936_thumb.HEIC | BOYLAN_00331139 | BOYLAN_00331139 | BOYLAN_00331139 | BOYLAN_00331139 |
| 00305677 | 00305682 | 01.1 LA-3161932_HQQ190913003_includes_HQQ018285.pdf | BOYLAN_00331140 | BOYLAN_00331145 | BOYLAN_00331140 | BOYLAN_00331145 |
| 00305683 | 00305684 | 01.2 LA-3161932-38_HQQ190913003_Case_Notes.pdf | BOYLAN_00331146 | BOYLAN_00331147 | BOYLAN_00331146 | BOYLAN_00331147 |
| 00305685 | 00305687 | 02.1 LA-3161932_HQQ190927003_report.pdf | BOYLAN_00331148 | BOYLAN_00331150 | BOYLAN_00331148 | BOYLAN_00331150 |
| 00305688 | 00305690 | 02.2 LA-3161932-184_HQQ190927003_Case_Notes.pdf | BOYLAN_00331151 | BOYLAN_00331153 | BOYLAN_00331151 | BOYLAN_00331153 |
| 00305691 | 00305693 | 03.1 HQQ191205005MT.pdf | BOYLAN_00331154 | BOYLAN_00331156 | BOYLAN_00331154 | BOYLAN_00331156 |
| 00305694 | 00305703 | 03.2 LA-3161932_HQQ191205005_includes_HQQ021386.pdf | BOYLAN_00331157 | BOYLAN_00331166 | BOYLAN_00331157 | BOYLAN_00331166 |
| 00305704 | 00305708 | 03.3 LA-3161932-409_HQQ191205005_Case_Notes.pdf | BOYLAN_00331167 | BOYLAN_00331171 | BOYLAN_00331167 | BOYLAN_00331171 |