# EXHIBIT 4



# United States Department of Justice

### United States Attorney's Office
### Central District of California

---

*Mark A. Williams*  
*Assistant United States Attorney*  
*Environmental and Community Safety Crimes Section*  
*Phone: (213) 894-3359*  
*E-mail: mark.a.williams@usdoj.gov*

*1300 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

December 16, 2022

**VIA EMAIL AND INTEROFFICE DELIVERY**

Georgina Wakefield  
Gabriela Rivera  
Julia Deixler  
Deputy Federal Public Defenders  
321 East 2nd Street  
Los Angeles, California 90012

      Re:    <u>United States v. Jerry Nehl Boylan</u>,  
              CR No. 22-482-GW

Dear Counsel:

Pursuant to your request for discovery, we are producing additional discovery materials that have been bates numbered BOYLAN_00331172 thru BOYLAN_00331357. A discovery production index is enclosed for your ease of reference. Today's production is being provided to you in an encrypted USB thumb drive and the password to access these materials will be e-mailed to you separately.

These materials include additional FBI investigative reports regarding the review of digital devices recovered from the *Conception* wreckage, including devices recovered by the FBI investigative search team and devices recovered during the memorial dive that took place on the anniversary of the *Conception* boat fire. Where such was possible, the materials also include the results of forensic analysis, including analysis of a digital device recovered from the *Conception* wreckage that was recently determined to be salvageable for further review and for which the government obtained an additional search warrant. Please let us know immediately if you have any issues opening or viewing any of the files in the thumb drive.

The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client and/or which the government intends to offer in its case-in-chief. Please contact us to arrange a mutually convenient for your inspection of such items.

The government will produce to you any additional <u>Jencks</u> material—including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued—one week before trial if you

Wakefield / Rivera / Deixler
Deputy Federal Public Defenders
RE:  United States v. Jerry Boylan, CR No. 22-482-GW
December 15, 2022
Page 2


agree to the production of reciprocal Jencks material at that time or affirmatively represent that you have no Jencks material to produce.  Please inform us whether such an arrangement is acceptable to you.

The government also hereby gives notice that it may seek to introduce the other crimes, wrongs, or acts committed by your client that are referenced in the enclosed items pursuant to Rules 404(b) and/or 609(b) of the Federal Rules of Evidence.  The government will provide a more detailed discussion of the Rule 404(b) evidence at a later date.  This notice does not waive or relinquish the government's right to introduce the evidence described herein under any other applicable rule or principle of law.

These materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery.  Please contact us immediately if you believe that this notice is insufficient.

Please let us know if you have any questions or would like to further discuss any of the matters raised above.

Very truly yours,

    /s/

MARK A. WILLIAMS
MATTHEW W. O'BRIEN
BRIAN R. FAERSTEIN
Assistant United States Attorneys


Enclosures:   USB Thumb Drive
              Discovery Production Index (Prod_015)

Case 2:22-cr-00482-GW   Document 34-4   Filed 03/30/23   Page 4 of 8   Page ID #:269

CR 22-482-GW                                   US v JERRY NEHL BOYLAN                    Environmental and Community Safety Crimes
Production Date: 12-16-2022                    Production 015 (v036)

| PROD_BEGDOC | PROD_ENDDOC | FILENAME |
|---|---|---|
| BOYLAN_00331172 | BOYLAN_00331173 | S526 Civil Site Visit 8.9.22 - 8.12.22.pdf |
| BOYLAN_00331174 | BOYLAN_00331174 | S527 Consent 1519.pdf |
| BOYLAN_00331175 | BOYLAN_00331176 | S527_1A396_1_Consent Form.pdf |
| BOYLAN_00331177 | BOYLAN_00331177 | S528 SW 302 for 1B290.pdf |
| BOYLAN_00331178 | BOYLAN_00331178 | S529 Recovery of Two Phones on Annivesary.pdf |
| BOYLAN_00331179 | BOYLAN_00331183 | S529_1A398_1_SBSO Report.pdf |
| BOYLAN_00331184 | BOYLAN_00331185 | S530 FPD Evidence Review.pdf |
| BOYLAN_00331186 | BOYLAN_00331186 | S531 Request for EDAU to Return Devices.pdf |
| BOYLAN_00331187 | BOYLAN_00331191 | S531_1A399_1_HQQ191205005 Report.pdf |
| BOYLAN_00331192 | BOYLAN_00331194 | S531_1A399_2_HQQ190927003 Report.pdf |
| BOYLAN_00331195 | BOYLAN_00331196 | S531_1A399_3_HQQ190913003 Report.pdf |
| BOYLAN_00331197 | BOYLAN_00331199 | S531_1A399_4_HQQ190927003_Report 2.pdf |
| BOYLAN_00331200 | BOYLAN_00331201 | 2_pages_of_hand_written_notes (Memorial Dive).pdf |
| BOYLAN_00331202 | BOYLAN_00331213 | Apple iPhone (Physical)_2022-10-13_Report_2022-10-16_Report.pdf |
| BOYLAN_00331214 | BOYLAN_00331214 | 2019-09-02 02:50:38 UTC: Unknown-Party-6cce6cc4-04da-4f2a-a946-f7a42b5bca76 -> [] |
| BOYLAN_00331215 | BOYLAN_00331215 | IMG_2622.JPG |
| BOYLAN_00331216 | BOYLAN_00331216 | [Unnamed Log] |
| BOYLAN_00331217 | BOYLAN_00331217 | IMG_2628.JPG |
| BOYLAN_00331218 | BOYLAN_00331218 | IMG_2614.JPG |
| BOYLAN_00331219 | BOYLAN_00331219 | IMG_2615.JPG |
| BOYLAN_00331220 | BOYLAN_00331220 | IMG_2629.JPG |
| BOYLAN_00331221 | BOYLAN_00331221 | IMG_2621.JPG |
| BOYLAN_00331222 | BOYLAN_00331222 | IMG_2620.JPG |
| BOYLAN_00331223 | BOYLAN_00331223 | IMG_2622.JPG |
| BOYLAN_00331224 | BOYLAN_00331224 | IMG_2623.JPG |
| BOYLAN_00331225 | BOYLAN_00331225 | IMG_2627.JPG |
| BOYLAN_00331226 | BOYLAN_00331226 | IMG_2626.JPG |
| BOYLAN_00331227 | BOYLAN_00331227 | IMG_2624.JPG |
| BOYLAN_00331228 | BOYLAN_00331228 | IMG_2619.JPG |
| BOYLAN_00331229 | BOYLAN_00331229 | IMG_2625.JPG |
| BOYLAN_00331230 | BOYLAN_00331230 | IMG_2614.JPG |

**Privileged and Highly Confidential**
**Attorney Work Product**

CR 22-482-GW  Case 2:22-cr-00482-GW   Document 34-4   Filed 03/30/23   Page 5 of 8   Page ID #:270
US v JERRY NEHL BOYLAN   Environmental and Community Safety Crimes
Production Date: 12-16-2022   Production 015 (v036)

| Load File Production | Production | Discovery Index |
|---|---|---|
| BOYLAN_00331231 | BOYLAN_00331231 | IMG_2615.JPG |
| BOYLAN_00331232 | BOYLAN_00331232 | IMG_2619.JPG |
| BOYLAN_00331233 | BOYLAN_00331233 | IMG_2620.JPG |
| BOYLAN_00331234 | BOYLAN_00331234 | IMG_2621.JPG |
| BOYLAN_00331235 | BOYLAN_00331235 | IMG_2622.JPG |
| BOYLAN_00331236 | BOYLAN_00331236 | IMG_2623.JPG |
| BOYLAN_00331237 | BOYLAN_00331237 | IMG_2624.JPG |
| BOYLAN_00331238 | BOYLAN_00331238 | IMG_2625.JPG |
| BOYLAN_00331239 | BOYLAN_00331239 | IMG_2626.JPG |
| BOYLAN_00331240 | BOYLAN_00331240 | IMG_2627.JPG |
| BOYLAN_00331241 | BOYLAN_00331241 | IMG_2628.JPG |
| BOYLAN_00331242 | BOYLAN_00331242 | IMG_2629.JPG |
| BOYLAN_00331243 | BOYLAN_00331243 | activityAnalytics.png |
| BOYLAN_00331244 | BOYLAN_00331244 | address-entry.png |
| BOYLAN_00331245 | BOYLAN_00331245 | attachment.png |
| BOYLAN_00331246 | BOYLAN_00331246 | calendar.png |
| BOYLAN_00331247 | BOYLAN_00331247 | call.png |
| BOYLAN_00331248 | BOYLAN_00331248 | car-entry.png |
| BOYLAN_00331249 | BOYLAN_00331249 | chat.png |
| BOYLAN_00331250 | BOYLAN_00331250 | data-files.png |
| BOYLAN_00331251 | BOYLAN_00331251 | Deleted-icon.png |
| BOYLAN_00331252 | BOYLAN_00331252 | Deleted1.png |
| BOYLAN_00331253 | BOYLAN_00331253 | email-entry.png |
| BOYLAN_00331254 | BOYLAN_00331254 | email-read.png |
| BOYLAN_00331255 | BOYLAN_00331255 | email-sent.png |
| BOYLAN_00331256 | BOYLAN_00331256 | email.png |
| BOYLAN_00331257 | BOYLAN_00331257 | fax-entry.png |
| BOYLAN_00331258 | BOYLAN_00331258 | Forwarded.png |
| BOYLAN_00331259 | BOYLAN_00331259 | FromArrow.png |
| BOYLAN_00331260 | BOYLAN_00331260 | general-entry.png |
| BOYLAN_00331261 | BOYLAN_00331261 | google-earth.png |
| BOYLAN_00331262 | BOYLAN_00331262 | google-maps.png |
| BOYLAN_00331263 | BOYLAN_00331263 | goto.png |
| BOYLAN_00331264 | BOYLAN_00331264 | HeaderPdf.jpg |

| Load File Production | Discovery Index | |
|---|---|---|
| BOYLAN_00331265 | BOYLAN_00331265 | home-entry.png |
| BOYLAN_00331266 | BOYLAN_00331266 | infected.png |
| BOYLAN_00331267 | BOYLAN_00331267 | Intact-icon.png |
| BOYLAN_00331268 | BOYLAN_00331268 | ipconnection.png |
| BOYLAN_00331269 | BOYLAN_00331269 | logoIcon.png |
| BOYLAN_00331270 | BOYLAN_00331270 | map-icon.png |
| BOYLAN_00331271 | BOYLAN_00331271 | mobile-entry.png |
| BOYLAN_00331272 | BOYLAN_00331272 | notes-entry.png |
| BOYLAN_00331273 | BOYLAN_00331273 | office-entry.png |
| BOYLAN_00331274 | BOYLAN_00331274 | organization.png |
| BOYLAN_00331275 | BOYLAN_00331275 | pager-entry.png |
| BOYLAN_00331276 | BOYLAN_00331276 | PrivateReplyIcon.png |
| BOYLAN_00331277 | BOYLAN_00331277 | ReplyIcon.png |
| BOYLAN_00331278 | BOYLAN_00331278 | Scrambled.png |
| BOYLAN_00331279 | BOYLAN_00331279 | SentWithSiri.png |
| BOYLAN_00331280 | BOYLAN_00331280 | skype.png |
| BOYLAN_00331281 | BOYLAN_00331281 | star.png |
| BOYLAN_00331282 | BOYLAN_00331282 | sub-element.png |
| BOYLAN_00331283 | BOYLAN_00331283 | Tag.png |
| BOYLAN_00331284 | BOYLAN_00331284 | ToArrow.png |
| BOYLAN_00331285 | BOYLAN_00331285 | Unknown-icon.png |
| BOYLAN_00331286 | BOYLAN_00331286 | warning-icon.png |
| BOYLAN_00331287 | BOYLAN_00331287 | web-address-entry.png |
| BOYLAN_00331288 | BOYLAN_00331288 | work-entry.png |
| BOYLAN_00331289 | BOYLAN_00331289 | IMG_2614_thumb.jpg |
| BOYLAN_00331290 | BOYLAN_00331290 | IMG_2615_thumb.jpg |
| BOYLAN_00331291 | BOYLAN_00331291 | IMG_2619_thumb.jpg |
| BOYLAN_00331292 | BOYLAN_00331292 | IMG_2620_thumb.jpg |
| BOYLAN_00331293 | BOYLAN_00331293 | IMG_2621_thumb.jpg |
| BOYLAN_00331294 | BOYLAN_00331294 | IMG_2622_thumb.jpg |
| BOYLAN_00331295 | BOYLAN_00331295 | IMG_2623_thumb.jpg |
| BOYLAN_00331296 | BOYLAN_00331296 | IMG_2624_thumb.jpg |
| BOYLAN_00331297 | BOYLAN_00331297 | IMG_2625_thumb.jpg |
| BOYLAN_00331298 | BOYLAN_00331298 | IMG_2626_thumb.jpg |

CR 22-482-GW　　　　　　　　　Case 2:22-cr-00482-GW   Document 34-4   Filed 03/30/23   Page 7 of 8   Page ID #:272
Production Date: 12-16-2022　　US v JERRY NEHL BOYLAN　　Environmental and Community Safety Crimes
　　　　　　　　　　　　　　　　Production 015 (v036)

| Load File Production | Bates Production | Discovery Index |
|---|---|---|
| BOYLAN_00331299 | BOYLAN_00331299 | IMG_2627_thumb.jpg |
| BOYLAN_00331300 | BOYLAN_00331300 | IMG_2628_thumb.jpg |
| BOYLAN_00331301 | BOYLAN_00331301 | IMG_2629_thumb.jpg |
| BOYLAN_00331302 | BOYLAN_00331307 | Cellebrite_1B290_Preliminary_Device_Report_13-10-2022.pdf |
| BOYLAN_00331308 | BOYLAN_00331308 | Cellebrite_1B290_Snip from Timeline.PNG |
| BOYLAN_00331309 | BOYLAN_00331309 | DerivativeEvidence_shipping_1B290.pdf |
| BOYLAN_00331310 | BOYLAN_00331310 | Examination_of_1B518.pdf |
| BOYLAN_00331311 | BOYLAN_00331312 | HQQ190927003AGK_1B290.pdf |
| BOYLAN_00331313 | BOYLAN_00331313 | .uuid |
| BOYLAN_00331314 | BOYLAN_00331314 | HQQ030328_1.jpg |
| BOYLAN_00331315 | BOYLAN_00331315 | HQQ030328_2.jpg |
| BOYLAN_00331316 | BOYLAN_00331316 | HQQ031144_1.jpg |
| BOYLAN_00331317 | BOYLAN_00331317 | HQQ031144_2.jpg |
| BOYLAN_00331318 | BOYLAN_00331318 | HQQ031144_3.jpg |
| BOYLAN_00331319 | BOYLAN_00331319 | HQQ031144_4.jpg |
| BOYLAN_00331320 | BOYLAN_00331320 | HQQ031144_5.jpg |
| BOYLAN_00331321 | BOYLAN_00331323 | HQQ190927003_CaseNotes.pdf |
| BOYLAN_00331324 | BOYLAN_00331324 | .uuid |
| BOYLAN_00331325 | BOYLAN_00331325 | HQQ021384_1B119_1.jpg |
| BOYLAN_00331326 | BOYLAN_00331326 | HQQ021384_1B119_2.jpg |
| BOYLAN_00331327 | BOYLAN_00331327 | HQQ021385_1B134_1.jpg |
| BOYLAN_00331328 | BOYLAN_00331328 | HQQ021385_1B134_2.jpg |
| BOYLAN_00331329 | BOYLAN_00331329 | HQQ021385_1B134_3.jpg |
| BOYLAN_00331330 | BOYLAN_00331330 | HQQ021386_1B136_1.jpg |
| BOYLAN_00331331 | BOYLAN_00331331 | HQQ021386_1B136_2.jpg |
| BOYLAN_00331332 | BOYLAN_00331332 | HQQ021387_1B117_1.jpg |
| BOYLAN_00331333 | BOYLAN_00331333 | HQQ021387_1B117_2.jpg |
| BOYLAN_00331334 | BOYLAN_00331334 | HQQ021389_1B137_1.jpg |
| BOYLAN_00331335 | BOYLAN_00331335 | HQQ021389_1B137_2.jpg |
| BOYLAN_00331336 | BOYLAN_00331336 | HQQ021390_1B129_1.jpg |
| BOYLAN_00331337 | BOYLAN_00331337 | HQQ021390_1B129_2.jpg |
| BOYLAN_00331338 | BOYLAN_00331338 | HQQ021390_1B129_3.jpg |
| BOYLAN_00331339 | BOYLAN_00331339 | HQQ021391_1B118_1.jpg |

Case 2:22-cr-00482-GW   Document 34-4   Filed 03/30/23   Page 8 of 8   Page ID #:273

CR 22-482-GW  **US v JERRY NEHL BOYLAN**  Environmental and Community Safety Crimes
Production Date: 12-16-2022  Production 015 (v036)

| | | |
|---|---|---|
| BOYLAN_00331340 | BOYLAN_00331340 | HQQ021391_1B118_2.jpg |
| BOYLAN_00331341 | BOYLAN_00331341 | HQQ022878_SIM 1B119_1.jpg |
| BOYLAN_00331342 | BOYLAN_00331342 | HQQ022878_SIM 1B119_2.jpg |
| BOYLAN_00331343 | BOYLAN_00331343 | HQQ022879_SIM 1B134_1.jpg |
| BOYLAN_00331344 | BOYLAN_00331344 | HQQ022879_SIM 1B134_2.jpg |
| BOYLAN_00331345 | BOYLAN_00331345 | HQQ022880_SIM 1B136_1.jpg |
| BOYLAN_00331346 | BOYLAN_00331346 | HQQ022880_SIM 1B136_2.jpg |
| BOYLAN_00331347 | BOYLAN_00331347 | HQQ022881_SIM 1B135_1.jpg |
| BOYLAN_00331348 | BOYLAN_00331348 | HQQ022881_SIM 1B135_2.jpg |
| BOYLAN_00331349 | BOYLAN_00331349 | HQQ022881_SIM 1B135_3.jpg |
| BOYLAN_00331350 | BOYLAN_00331350 | HQQ022882_SIM 1B137_1.jpg |
| BOYLAN_00331351 | BOYLAN_00331351 | HQQ022882_SIM 1B137_2.jpg |
| BOYLAN_00331352 | BOYLAN_00331352 | HQQ022882_SIM 1B137_3.jpg |
| BOYLAN_00331353 | BOYLAN_00331353 | HQQ022883_SIM 1B129_1.jpg |
| BOYLAN_00331354 | BOYLAN_00331354 | HQQ022883_SIM 1B129_2.jpg |
| BOYLAN_00331355 | BOYLAN_00331355 | HQQ022883_SIM 1B129_3.jpg |
| BOYLAN_00331356 | BOYLAN_00331356 | Report_of_Lead_Coverage_Photos.pdf |
| BOYLAN_00331357 | BOYLAN_00331358 | HQQ220830004CHAPPELL_1B519.pdf |

*Privileged and Highly Confidential*
*Attorney Work Product*