Georgina E. Wakefield
Deputy Federal Public Defender (Bar No. 282094)
321 E. 2nd St.
Los Angeles, CA 90012
213-894-4795; georgina_wakefield@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-CR-00482-GW |
| v. | |
| JERRY NEHL BOYLAN | **NOTICE OF MANUAL FILING** **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. EXHIBIT H (VIDEO) IN SUPPORT OF DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION TO COMPEL GOVERNMENT TO PERMIT DEFENSE EXAMINATION OF DIGITAL DEVICES; EXCLUDING DATA FROM THE DEVICES AT TRIAL IN THE ALTERNATIVE (CR 35) FILED ON APRIL 10, 2023

**Reason:**

☐ Under Seal

☐ In Camera

☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Per Court order dated: _____

☐ Other:

| April 10, 2023 | /s/ Georgina E. Wakefield |
|---|---|
| Date | Attorney Name |
| | JERRY NEHL BOYLAN |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).