## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 22-482-GW | Date | April 24, 2023 |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
| Interpreter | NONE |

| Javier Gonzalez | Terri A. Hourigan | Matthew W. O'Brien; Mark A. Williams; Brian R. Faerstein; Juan M. Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan - waiver on file | not | | ✔ | Georgina Wakefield; DFPD<br>Julia Deixler, DFPD<br>Gabriela Rivera, DFPD | | ✔ | ✔ |

**PROCEEDINGS:** **DEFENDANT JERRY NEHL BOYLAN'S MOTION TO COMPEL GOVERNMENT TO PERMIT DEFENSE EXAMINATION OF DIGITAL DEVICES; EXCLUDING DATA FROM THE DEVICES AT TRIAL IN THE ALTERNATIVE [28]**

The Court's Tentative Ruling on Defendant's Motion [28] was issued on April 21, 2023 [39]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Defendant's Motion is GRANTED. Defendant will have until May 1, 2023 to file the parameters of the search, identity, etc. of the data in question. The Court will respond by May 8, 2023.

| | : | 40 |
|---|---|---|
| | Initials of Deputy Clerk | JG |