CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JERRY NEHL BOYLAN, Defendant. | Case No. CR 22-482-GW **ORDER GRANTING EX PARTE APPLICATION TO FILE DOCUMENT IN CAMERA** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Boylan's ex parte application to file the procedures for searching the digital devices that are the subject of his motion to compel (Doc. No. 28) in camera is GRANTED.

DATED: May 3, 2023      By _____
                             HON. GEORGE H. WU
                             United States District Judge

Presented by:

 /s/ Georgina Wakefield
Deputy Federal Public Defender

1