CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00482-GW |
| Plaintiff, | **[PROPOSED] ORDER TO CONTINUE TRIAL** |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant. | |

    The Court has read and considered Defendant's Unopposed *Ex Parte* Application for Continuance of Trial Date filed in this matter on May 8, 2023. The Court hereby finds that Defendant's *Ex Parte* Application, which this Court incorporates by reference into this order, demonstrate facts that support a continuance of the trial date in this matter.

    The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance

would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        Therefore, for good cause shown:

1. The trial in this matter is continued from July 11, 2023 to September 26, 2023 at 8:30 a.m.  The pretrial conference is continued from June 22, 2023 to September 14, 2023 at 8:00 a.m.  The briefing schedule for all motions, except motions in limine, shall be:

        a. Motions:  July 20, 2023
        b. Oppositions:  August 3, 2023
        c. Replies:  August 10, 2023
        d. Motions hearing:  August 24, 2023 at 8:00 a.m.

2. The time period of July 11, 2023 to September 26, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Unless otherwise ordered by the Court, defendant shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on September 26, 2023 at 8:30 a.m. for trial.

        IT IS SO ORDERED.

DATED:                          By_____
                                      HON. GEORGE H. WU
                                      United States District Judge

Presented by:

  */s/ Georgina Wakefield*
Deputy Federal Public Defender