CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail:  Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00482-GW |
| Plaintiff, | **NOTICE OF LODGING** |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant. | |

Defendant Jerry Nehl Boylan through his counsel of record Deputy Federal Public Defender Georgina Wakefield, hereby submits the enclosed proposed order permitting forensic examination of digital devices.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED:  May 25, 2023        By  */s/ Georgina Wakefield*
                                                    GEORGINA WAKEFIELD
                                                    Deputy Federal Public Defender