CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JERRY NEHL BOYLAN,<br><br>  Defendant. | Case No. 2:22-CR-00482-GW<br><br>**[PROPOSED] ORDER PERMITTING FORENSIC EXAMINATION OF DIGITAL DEVICES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the defense is permitted to forensically examine the digital devices that are the subject of its motion to compel (Dkt. No. 28) pursuant to the search procedures filed in camera (Dkt. No. 44). The government is ordered to produce the forensic copies of the devices to Jake Gibson, Digital Forensics Investigator with the Office of the Federal Public Defender.

DATED: _____    By _____
                        HON. GEORGE H. WU
                        United States District Judge

Presented by:

*/S/ GEORGINA WAKEFIELD*, DFPD