1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  GEORGINA WAKEFIELD (Bar No. 282094)
   (E-Mail: Georgina_Wakefield@fd.org)
3  Deputy Federal Public Defender
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   JERRY NEHL BOYLAN
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | UNITED STATES OF AMERICA, | Case No. CR 22-482-GW
13 | Plaintiff, | **ORDER PERMITTING FORENSIC EXAMINATION OF DIGITAL DEVICES**
14 | v. |
15 | JERRY NEHL BOYLAN, |
16 | Defendant. |

17

18      GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the
19 defense is permitted to forensically examine the digital devices that are the subject of
20 its motion to compel (Dkt. No. 28) pursuant to the search procedures filed in camera
21 (Dkt. No. 44). The government is ordered to produce the forensic copies of the devices
22 to Jake Gibson, Digital Forensics Investigator with the Office of the Federal Public
23 Defender.

24 DATED: May 30, 2023        By _____
25                              HON. GEORGE H. WU
                                United States District Judge
26
   Presented by:
27

28 */S/ GEORGINA WAKEFIELD*, DFPD