CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JERRY NEHL BOYLAN,<br><br>　　　　Defendant. | Case No. 2:22-CR-00482-GW<br><br>**[PROPOSED] ORDER CONTINUING THE TRIAL TO NOVEMBER 28, 2023** |

　　　　The Court has read and considered Defendant's *Ex Parte* Application for Continuance of Trial Date filed in this matter on July 19, 2023.  The Court hereby finds that Defendant's *Ex Parte* Application and *in camera* Declaration of Counsel in support thereof, which this Court incorporates by reference into this order, demonstrate facts that support a continuance of the trial date in this matter.

　　　　The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense

counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      Therefore, for good cause shown:

      1.    The trial in this matter is continued from September 26, 2023 to November 28, 2023.

      2.    The time period of September 26, 2023 to November 28, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

      3.    Unless otherwise ordered by the Court, defendant shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on November 28, 2023 at 8:30 a.m. for trial.

      IT IS SO ORDERED.

DATED:                                By _____
                                           HON. GEORGE H. WU
                                           United States District Judge

Presented by:

  */s/ Georgina Wakefield*
Deputy Federal Public Defender