CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant. | Case No. 2:22-CR-00482-GW<br><br>***EX PARTE* APPLICATION TO FILE *IN CAMERA*; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF COUNSEL** |

Jerry Nehl Boylan, through his counsel of record, Deputy Federal Public Defenders Georgina Wakefield, Gabriela Rivera, and Julia Deixler hereby applies for an order that the accompanying "In Camera Declaration in Support of *Ex Parte* Application to Continue Trial" be filed *in camera*.

/ /

/ /

/ /

This *ex parte* application is based upon the attached declaration of counsel and such further information as may be provided to the Court regarding this application.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 19, 2023        By  /s/ *Georgina Wakefield*
GEORGINA WAKEFIED
Deputy Federal Public Defender
Attorney for JERRY NEHL BOYLAN

2

**DECLARATION OF COUNSEL**

I, Georgina Wakefield, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Jerry Nehl Boylan in the above-entitled action.

2. I seek to file a declaration in support of the defense's *ex parte* application to the continue the trial *in camera* because it contains discussion of attorney-client information, attorney work product, and the defense's trial strategy. The declaration also discusses in detail areas of ongoing investigation by the defense in preparation for trial.

3. Thus, it is respectfully requested that this Court order that the "In Camera Declaration in Support of *Ex Parte* Application to Continue Trial" be filed *in camera*.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 19, 2023         By  /s/ Georgina Wakefield
                                 GEORGINA WAKEFIELD
                                 Deputy Federal Public Defender

3