CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 22-482-GW |
|---|---|
| Plaintiff, | **ORDER TO FILE *IN CAMERA*** |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the In Camera Declaration in Support of *Ex Parte* Application to Continue Trial be filed, *in camera*.

DATED: July 20, 2023      By _/s/ George H. Wu_____
                              HON. GEORGE H. WU
                              United States District Judge

Presented by:

  _/s/ Georgina Wakefield_____
Deputy Federal Public Defender

1