CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRY NEHL BOYLAN, <br><br> Defendant. | Case No. 22-cr-00482-GW <br><br> **DECLARATION OF GABRIELA RIVERA** |

# DECLARATION OF GABRIELA RIVERA

I, Gabriela Rivera, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California assigned to represent Jerry Boylan in this case.

2. On July 20, 2023 the government responded to a defense discovery request for deposition transcripts and discovery produced by and to the Coast Guard in *Nancy Fiedler et al v. United States of America*, 21-cv-07065-PA-MRW. The government produced five deposition transcripts, including transcripts from the depositions of three survivors of the *Conception* fire, but declined to produce any additional documents responsive to the defense requests, writing that "we are not part of that civil case," and accordingly "have not received and do not have access to those materials."

3. The Coast Guard has actively participated in the investigation of the instant criminal case, including authoring over 160 investigative reports and participating in the arrest of Mr. Boylan before his initial appearance. The government publicized the Coast Guard's involvement in the instant criminal case. *See, e.g.*, https://www.justice.gov/usao-cdca/pr/federal-grand-jury-issues-new-indictment-conception-boat-fire.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: July 21, 2023

By: */s/ Gabriela Rivera*
Gabriela Rivera
Deputy Federal Public Defender