## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 22-482-GW | Date: July 27, 2023 |
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
| Interpreter | NONE | |

| Javier Gonzalez | Terri A. Hourigan | Matthew W. O'Brien; Mark A. Williams; Brian R. Faerstein; Juan M. Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan - waiver on file | not | | ✔ | Georgina Wakefield; DFPD<br>Julia Deixler, DFPD<br>Gabriela Rivera, DFPD | | ✔ | ✔ |

**PROCEEDINGS:**     **DEFENDANT JERRY NEHL BOYLAN'S MOTION TO CONTINUE TRIAL [60]**

Court hears oral argument. For reasons stated on the record, Defendant's Motion is GRANTED. Trial set for September 26, 2023 is continued to October 24, 2023 at 8:30 a.m. The pretrial conference set for September 14, 2023 is continued to October 12, 2023 at 8:00 a.m. Counsel are to file a stipulation and order re Speedy Trial Act forthwith.

                                                                                                   :    20

Initials of Deputy Clerk   JG