CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 22-482-GW |
| Plaintiff, | **ORDER RE SPEEDY TRIAL ACT** |
| v. | |
| JERRY NEHL BOYLAN, | |
| Defendant. | |

The Court has read and considered the parties' Stipulation to Exclude Time Pursuant to the Speedy Trial Act. The Court hereby finds that the parties' Stipulation, which this Court incorporates by reference into this order, demonstrates facts that support a continuance of the trial date in this matter.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Therefore, for good cause shown:

1. The trial in this matter is continued from September 26, 2023, to October 24, 2023 at 8:30 a.m.

2. The time period of September 26, 2023 to November 21, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Unless otherwise ordered by the Court, defendant shall appear in Courtroom 9D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 24, 2023 at 8:30 a.m. for trial. Additionally, the pretrial conference in this matter is scheduled for October 12, 2023 at 8:00 a.m.

IT IS SO ORDERED.

DATED: August 10, 2023          By _____
                                   HON. GEORGE H. WU
                                   United States District Judge

Presented by:

   /s/ Georgina Wakefield
Deputy Federal Public Defender

2