Julia Deixler (Bar No. 301954)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-CR-00482 |
| v. | |
| Jerry Nehl Boylan, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Exhibit B, F1, F2, I1 and I2 (audio recordings) in support of Motion to Dismiss Indictment; Motion for Injunction, Discovery, and Jury Instructions regarding Government Misconduct.

**Reason:**
☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

August 31, 2023
Date

Julia Deixler
Attorney Name

Jerry Nehl Boylan
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                 **NOTICE OF MANUAL FILING OR LODGING**