CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY NEHL BOYLAN,<br><br>    Defendant. | Case No. 2:22-CR-00482-GW<br><br>**[PROPOSED] ORDER RESTRAINING THE PARTIES FROM RELEASING FURTHER INFORMATION OR OPINIONS ABOUT THIS CASE TO THE MEDIA AND REQUIRING THAT CERTAIN MOTIONS IN LIMINE BE REDACTED OR FILED UNDER SEAL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the parties—including federal, state, and local law enforcement officers and other government officials participating in the investigation and prosecution of the criminal case against the defendant, and the prospective witnesses in this case—are restrained from providing information or opinions to the press or the public about this case until the conclusion of trial.

GOOD CAUSE ALSO HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the parties are required to file any motion in limine that risks public dissemination

of possibly inadmissible evidence, including the government's motion in limine to admit evidence under Federal Rule of Evidence 404(b), be redacted or filed under seal until the Court can make a determination of whether publicly filing the document would pose a risk to Mr. Boylan's Sixth Amendment right to a fair trial.

IT IS SO ORDERED.

DATED:                                By _____
                                           HON. GEORGE H. WU
                                           United States District Judge

Presented by:

 /s/ Georgina Wakefield
Deputy Federal Public Defender

2