CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY NEHL BOYLAN,<br><br>    Defendant. | Case No. 2:22-CR-00482-GW<br><br>**[PROPOSED] ORDER FILING DOCUMENTS UNDER SEAL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the documents lodged herewith are filed UNDER SEAL.

DATED:              , 2023

_____
HON. GEORGE H. WU
United States District Judge

*OR*

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Defendant's application to file under seal is DENIED.  The documents lodged herewith, shall be returned to the Office of the Federal Public Defender.

DATED:                    , 2023

                                              HON. GEORGE H. WU
                                              United States District Judge

Presented by:

  */s/ Georgina Wakefield*
Deputy Federal Public Defender