GABRIELA RIVERA (Bar No. 283633)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
(213) 894-5372; gabriela_rivera@fd.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-CR-00482-GW |
| v. | |
| JERRY NEHL BOYLAN, | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

1. Ex Parte Application to File in Camera (In Camera Document)
2. [Proposed] Order to File in Camera (In Camera Document)
3. In Camera Documents

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

September 7, 2023
Date

/s/ Gabriela Rivera
Attorney Name

JERRY NEHL BOYLAN
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*