CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JERRY NEHL BOYLAN,<br><br>        Defendant. | Case No. CR 22-482-GW<br><br>**ORDER FILING DOCUMENTS UNDER SEAL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the documents lodged herewith are filed UNDER SEAL.

DATED: September 7, 2023

_____
HON. GEORGE H. WU
United States District Judge

Presented by:

 /s/ Georgina Wakefield
Deputy Federal Public Defender