## DECLARATION OF GEORGINA WAKEFIELD

I, Georgina Wakefield, declare:

1. I am an attorney with the Office of the Federal Public Defender for the Central District of California. I am licensed to practice law in the State of California and I am admitted to practice in this Court.

2. I asked an investigator in my office to conduct searches of three local news websites in the Santa Barbara area for reporting on the accident underlying the criminal charge in this case. She reported 52 results on the KEYT website; 43 results on the KSBY website; and 36 results on the Santa Barbara Independent's website.

3. Google Trends is a website by Google that analyzes the popularity of top search queries in Google Search across various regions. The website uses graphs to compare the search volume of queries over time.

4. I used Google Trends and entered the phrase "the Conception dive boat." I used a dropdown menu to show the top metropolitan areas searching that phrase over time. A screenshot of the results appears at the end of this declaration.

5. According to the Google Trends website, the numbers listed represent search interest relative to the highest point on the chart for the given region and time. A value of 100 is the peak popularity for the term. A value of 50 means that the term is half as popular. A score of 0 means there was not enough data for this term.

6. Enclosed as Exhibit A is a proposed written juror questionnaire for the Court's consideration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 7, 2023, at Los Angeles, California.

                                             /s/ Georgina Wakefield       .
                                             GEORGINA WAKEFIELD

