# EXHIBIT A

## JURY QUESTIONNAIRE

### Preliminary Instructions

Please read the following instructions carefully before completing any portion of this questionnaire.  Please answer each and every question by inserting check marks in the boxes or by providing the information requested.  Please answer each question fully. Some questions have more than one part.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE**.  This questionnaire is designed to help simplify and shorten the jury selection process, and to help the Court and the parties learn enough information about each juror's background and experiences to select a fair and impartial jury.  The purpose of the questionnaire is to determine whether prospective jurors can decide this case impartially based upon the evidence presented at trial and the legal instructions given by the Judge.  The questions are not intended to inquire unnecessarily into personal matters.  The use of this questionnaire will avoid the necessity of asking each prospective juror these questions in open court, and efforts will be made to keep your responses as confidential as possible.

Please answer all questions as fully and completely as you can to the best of your ability.  If you do not know the answer to a question, please write, "I don't know."  There are no "right" or "wrong" answers, only truthful answers.  If you have strong feelings about this case in general, please do not hesitate to share them.  Although you may be a perfectly good juror in another case, this may or may not be the right case for you to sit on as a juror.  Both parties have the right to hear your honest answers and true opinions.

If you need extra space to answer any question, please use the extra blank pages included at the end of the questionnaire.  Be sure to indicate on the blank page the number of the question you are answering.  Please do not write anything on the back of any page of the questionnaire.

**DO NOT DISCUSS THE QUESTIONS, YOUR ANSWERS, OR THE CASE WITH ANYONE UNTIL YOU RECEIVE FURTHER INSTRUCTIONS FROM THE COURT**.  You should not discuss the questions or your answers with fellow jurors.  It is very important that your answers be your own individual answers.  More broadly, do not discuss the case with anyone, including the lawyers (except in the presence of the Court), your fellow jurors, your family, your friends, or anyone else.  Do not communicate about the case in any way, including by telephone, e-mail, social media (such as Facebook), or any communications app/website (such as Twitter).  You must also avoid reading or hearing about the case (or anyone participating in the case) in newspapers, in magazines, on the radio or television, or on the Internet.

The defendant in this case is Jerry Nehl Boylan.  **DO NOT CONDUCT ANY RESEARCH ON MR. BOYLAN OR THE CASE** (or anyone participating in the case) at any time before your entire jury service has been completed.  This includes performing Internet searches, searching social media, asking other people about Mr. Boylan or the case, reading news stories or reports about Mr. Boylan or the case, or watching television programs that relate to Mr. Boylan or the case.

Jerry Boylan is presumed innocent of the charge against him, and it is the government's burden to prove, beyond a reasonable doubt, that he committed the crime charged in the indictment.  Mr. Boylan has no burden to present any evidence at all and also has no obligation to testify at trial.

If you believe that any of your answers contain private information that could embarrass you or otherwise seriously compromise your privacy, and wish to request that the Court keep them confidential and not distribute them beyond the Judge and parties, you may indicate that on one of the blank pages at the end of this form.  (Please identify the specific answer or answers that you wish to remain confidential.)  After a jury has been selected, all copies of your responses to the questionnaire will be returned to the Court.

## **Questions**

**NAME:** (Please print)_____**Juror #:**_____

1.  Gender: ❑ Male ❑ Female ❑ Other        Age: _____

2.  Where were you born?_____

3.  Where did you grow up?_____

4.  Is English your first language? ❑ Yes   ❑ No If no, what is? _____

5.  What city do you live in: _____ For how long?_____

    Have you lived in any other cities or counties in the last five years?  If yes, what cities or counties?

    _____
    _____

6.  Do you ❑ own, ❑ rent, ❑ live with family or ❑ other_____

7.  a. What is the highest level of education you completed?

    ❑ Less than high school                    ❑ College degree
    ❑ Some high school/high school grad        ❑ Some post-graduate study
    ❑ Business/technical school                ❑ Post-graduate degree
    ❑ Some college

    b. Please list any degrees obtained and the major area of study:_____

    _____

8.  What is your employment status?

    ❑ Employed full-time          ❑ Homemaker          ❑ Retired for ___ year(s)
    ❑ Employed part-time          ❑ Full-time Student ❑ Other:_____
    ❑ Unemployed (looking for work)  ❑ Unemployed (not looking for work)

    Please list the primary jobs you have had in the past, beginning with your current or most recent employment.  If **retired or unemployed**, please indicate the last jobs you had.

| Dates | Employer | Occupation | Duties |
|-------|----------|------------|--------|
|       |          |            |        |
|       |          |            |        |
|       |          |            |        |
|       |          |            |        |

9.  In any of the jobs listed above, have you ever been a supervisor or manager?  ❑ Yes   ❑ No

10. What is your marital status: ❑ Single, never married   ❑ Married   ❑ Divorced/Separated
❑ Living with partner      ❑ Widowed         ❑ Other:_____

11. What is the educational background of your spouse/partner or former spouse/partner, including any
degrees or certificates earned?_____

_____

12. What do you consider to be your spouse/partner's primary employment status?

❑ Employed full-time              ❑ Homemaker          ❑ Retired for ___ year(s)
❑ Employed part-time              ❑ Full-time Student ❑ Other:_____
❑ Unemployed (looking for work)   ❑ Unemployed (not looking for work)

13. What is your spouse/partner's occupation and employer? If **retired or unemployed** please indicate
the last job he/she had.

| Dates of Employment | Employer | Occupation | Duties |
|---|---|---|---|
|  |  |  |  |

14. If you have any children please fill in the list below.

| Gender | Age | Education | Occupation |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

15. If there are any other adults (besides spouse/partner and children) in your household, please list:

| Relationship | Age | Occupation | Employer |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

16. Have you ever served on a jury before? ❑ Yes ❑ No  If Yes, please complete for each case:

| Civil, Criminal, Grand Jury? | What was case about? | When | Jury reach a verdict? | Were you foreperson? |
|---|---|---|---|---|
|  |  |  | ❑ Yes ❑ No | ❑ Yes ❑ No |
|  |  |  | ❑ Yes ❑ No | ❑ Yes ❑ No |
|  |  |  | ❑ Yes ❑ No | ❑ Yes ❑ No |
| **Was your jury service: ❑ Positive ❑ Negative or ❑ Mixed? Please explain:** |||||

3

17. Have you or anyone in your family served in the military? ❑Yes ❑ No  If Yes, please fill in below for each person:

| Relationship to you: | ❑ Self ❑ Partner ❑ Family | ❑ Self ❑ Partner ❑ Family | ❑ Self ❑ Partner ❑ Family | ❑ Self ❑ Partner ❑ Family |
|---|---|---|---|---|
| Branch of service: (Army, Navy, etc.) Force, etc:) | | | | |
| Dates of Service: | | | | |
| Serve in combat: | ❑ Yes ❑ No | ❑ Yes ❑ No | ❑ Yes ❑ No | ❑ Yes ❑ No |
| Serve in the military police: | ❑ Yes ❑ No | ❑ Yes ❑ No | ❑ Yes ❑ No | ❑ Yes ❑ No |

18. Excluding the military, have you, or anyone close to you, ever been employed by the federal government?  ❑Yes ❑ No  If yes, in what capacity?

_____
_____
_____
_____

   a. If yes, has that employment left you with a negative, positive, or neutral impression of the federal government or individuals who work for the federal government?  Why?

   _____
   _____
   _____

19. Have you or anyone in your immediate family volunteered, been involved with, or contributed money to any organization concerned with crime, such as Neighborhood Crime Watch, Crime Stoppers, Victim Assistance, Mothers Against Drunk Drivers, or a law enforcement support organization?

   ❑ Yes, self     ❑ Yes, family    If Yes, please explain: _____

   _____

20. When in a group trying to make a decision, do you usually:

   ❑ Strongly express your views to get the outcome you believe is best
   ❑ Participate in the discussion and try to help build a consensus
   ❑ Listen and follow what you think the majority favors
   ❑ Other (please describe) _____

21. What social, political, civic, church, political or other organizations are you associated with and what leadership positions have you held?_____

22. What are your hobbies and/or interests outside of work and family?

_____

_____

_____

23. What are your main sources of news? Please check all that apply and list the name of the TV shows, newspapers, internet sites, radio shows or podcasts, and social media sites:

❑ I do not follow the news

| ❑ Media | List Media |
|---|---|
| ❑ TV | Shows: |
| ❑ Newspapers | Newspapers: |
| ❑ Internet | Internet sites: |
| ❑ Radio/podcasts | Shows: |
| ❑ Social media | Sites: |
| ❑ Other | List other: |

24. When it comes to important matters, are you the type of person who focuses more on,

❑ The big picture ❑ The details    Please explain:_____

_____

25. Have you ever had any training or worked in or with the following?

| | | |
|---|---|---|
| Maritime/Boating | ❑ Yes | ❑ No |
| Fire and explosives | ❑ Yes | ❑ No |
| Electronics | ❑ Yes | ❑ No |
| Circuit boards and switches | ❑ Yes | ❑ No |
| Investigator | ❑ Yes | ❑ No |
| Accident reconstruction | ❑ Yes | ❑ No |
| Psychology/Mental Health/Counseling | ❑ Yes | ❑ No |
| Criminology/Criminal Justice | ❑ Yes | ❑ No |

If Yes to any of the above, please explain: _____

_____

26. Have you, or anyone close to you ever been employed by, worked with or been otherwise affiliated with any law enforcement agencies, including the police, sheriff, highway patrol, department of corrections, parole, probation, immigration, homeland security, IRS, FBI, CIA, DEA, TSA, District Attorney, U.S attorney or any other law enforcement organization? ❑Yes ❑ No   If Yes, please list:

| Name | Relationship to you | Position | Agency |
|---|---|---|---|
| | | | |
| | | | |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

27. Have you or anyone close to you, ever:

|  | Yes, Who? | Explanation |
|---|---|---|
| a. Seriously considered, studied, or applied to become a police officer, probation officer, parole officer or other law enforcement employee? | ❏ No<br>❏ Yes, self<br>❏ Yes, family<br>❏ Yes, someone close |  |
| b. Had regular contact with any prosecutors, law enforcement agencies or officers through work, volunteer activities, or your social life? | ❏ No<br>❏ Yes, self<br>❏ Yes, family<br>❏ Yes, someone close |  |
| c. Ever volunteered with a law enforcement agency or gone on a "ride along" with any law enforcement officers? | ❏ No<br>❏ Yes, self<br>❏ Yes, family<br>❏ Yes, someone close |  |

28. Do you know any lawyers, judges or court personnel, including any prosecuting attorneys or criminal defense attorneys? ❏ Yes ❏ No   If Yes, please explain:_____

_____

29. Have you or anyone close to you had any interaction with the District Attorney's office, including the family support unit, or victim/witness division, or the U.S. Attorney's Office Victim/Witness Assistance program? ❏ Yes ❏ No

If Yes, please explain:_____

_____

30. Have you or anyone close to you, ever:

|  | No | Yes, Who? | Explanation |
|---|---|---|---|
| Been a victim of a crime whether or not it was reported to the police? | ❏ | ❏ Self    ❏ Family<br>❏ Someone close |  |
| Witnessed a crime? | ❏ | ❏ Self    ❏ Family<br>❏ Someone close |  |
| Brought charges against someone? | ❏ | ❏ Self    ❏ Family<br>❏ Someone close |  |

| Been a witness in court? | ❑ | ❑ Self   ❑ Family<br>❑ Someone close | |
| Sued someone or been sued? | ❑ | ❑ Self   ❑ Family<br>❑ Someone close | |
| Been involved in any other way in a lawsuit or legal proceeding? | ❑ | ❑ Self   ❑ Family<br>❑ Someone close | |

31. Do you watch television shows depicting law enforcement, the courts/judicial system, or forensic science (*ex. CSI, Law & Order, NCIS, Forensic Files, Cold Case Files, Making of a Murderer or any other crime documentary series, etc.*)?  ❑ Yes ❑ No  If Yes, which shows do you watch and how often?

_____

_____

32. Do you or anyone close to you have any training or work experience in forensic science, laboratory science, or law enforcement investigative techniques? ❑ Yes ❑ No

     If Yes, please explain:_____

_____

33. How do you feel about testimony that would evaluate and potentially criticize investigation techniques used by law enforcement officers?_____

_____

34. What are your overall opinions about the fairness and effectiveness of the criminal justice system?

_____

_____

35. Have you or anyone or anyone you know been injured in a fire?        ❑ Yes ❑ No

     If Yes, please explain: _____

36. Have you or anyone you know experienced a fire in their home, car, boat, or place of employment?
     ❑ Yes ❑ No

     If Yes, please explain: _____

37. Do you know anyone who has died in a fire?      ❑ Yes ❑ No

     If Yes, please explain: _____

38. Have you, or anyone close to you, been involved in a serious accident? ❑ Yes ❑ No

If Yes, please explain: _____

39. Have you or anyone close to you ever worked for, volunteered with, or donated money or services to any agency or organization that counseled or treated victims of crime or violence? ❑ Yes ❑ No

If Yes, please explain: _____

_____

40. Have you or anyone close to you, ever:

| | Yes, Who? | Explanation |
|---|---|---|
| a. Read about or watched videos, had any training or experience with fire? | ❑ No<br>❑ Yes, self<br>❑ Yes, family<br>❑ Yes, someone close | |
| b. Read about, watched videos, had any training or experience with firefighting? | ❑ No<br>❑ Yes, self<br>❑ Yes, family<br>❑ Yes, someone close | |

| 41. **Please indicate to what extent you agree or disagree with each statement below by placing a checkmark in the corresponding box:** | Strongly Agree | Somewhat Agree | Somewhat Disagree | Strongly Disagree |
|---|---|---|---|---|
| a. The justice system makes it too hard for police and prosecutors to convict people accused of crimes. | | | | |
| b. The rights of people charged with crimes are better protected than the rights of victims. | | | | |
| c. It is better to let a guilty man go free than to convict an innocent man. | | | | |
| d. If the police and prosecutors have gone to the trouble of bringing a person to trial, that person is probably guilty. | | | | |

42. Which of the following best describes your opinion of attorneys who prosecute people accused of crimes? ❑ Positive    ❑ Neutral    ❑ Negative

Please explain: _____

_____

43. Which of the following best describes your opinion of criminal defense attorneys?

❑ Positive    ❑ Neutral    ❑ Negative

Please explain:_____

_____

| 44.  Please indicate your personal beliefs for each question below: | Yes | No |
|---|---|---|
| a. Do you believe law enforcement officers are more likely to tell the truth than other witnesses because of their occupations? | | |
| b. Do you believe police officers are generally more believable or trustworthy than other people? | | |
| c. Would you favor the side that had law enforcement officers as witnesses? | | |
| If Yes to any above, please explain: | | |

45.  A defendant in a criminal trial has the right not to testify, and if he chooses not to testify this is not supposed to be used against him for any purpose.  Regardless of this law, would you be more likely to think a defendant was guilty if he did not testify?  ❑ Yes ❑ No

If Yes, please explain:_____

_____

46.  Do you believe a defendant who does not testify is more likely to be guilty than one who testifies? ❑ Yes ❑ No

If Yes, please explain:_____

_____

47.  The burden of proving guilt rests entirely with the government.  No defendant has any obligation to prove his innocence.  Regardless of what the law says, do you think a defendant should have to prove his innocence?  ❑ Yes ❑ No

If Yes, please explain:_____

_____

48.  Do you believe that because Mr. Boylan is charged with this crime and the government is taking the case to trial that he is probably guilty?  ❑ Yes ❑ No  If Yes, please explain:_____

_____

49.  Knowing the nature of this case, is there anything about your own personal life experiences, attitudes or beliefs that would make it difficult for you to be a completely neutral juror?

❑ Yes ❑ No  If Yes, please explain:_____

9

50. If you concluded that the government had not proven the defendant guilty beyond a reasonable doubt, but most of the jurors believed that the defendant was guilty, do you think you might go along with the majority regardless of your personal belief? ❑ Yes   ❑ No

   If Yes, please explain:_____

51. If you are selected as a juror in this case, you will be instructed that you are not allowed to do any outside research on the case, the attorneys, the parties, witnesses, expert testimony, the evidence, the legal issues, the jury instructions, legal definitions, the judge, other jurors, or anything else. This includes online research of any type. Do you think you would be able to follow that instruction?

   ❑ Yes ❑ No   If No, please explain:_____

52. Do you have any religious, moral, ethical, political, or other beliefs or opinions that would affect your ability to be a juror in this case?  ❑ Yes   ❑ No

   If Yes, please explain:_____

53. Is there any other information you feel the judge or attorneys should know about you?

   ❑ Yes ❑ No If Yes, please explain: _____

54. Do any circumstances exist such that serving on the jury in this case would entail a serious hardship or extreme inconvenience to you?  ❑ Yes ❑ No  If yes, please describe the serious hardship or extreme inconvenience:

   _____
   _____
   _____
   _____
   _____

55. Do you have any difficulty reading, speaking, or understanding English?  ❑ Yes ❑ No

56. Do you have any mental or physical condition or illness that makes you unable to serve on a jury? ❑ Yes ❑ No   If yes, please briefly describe the condition or illness:

   _____
   _____
   _____

_____
_____

**Knowledge and/or Opinions Regarding the Case, the Parties, Law Enforcement, and the Criminal Justice System**

57. Before today, have you read, seen, or heard anything about Jerry Boylan?  ❑ Yes ❑ No  If yes, please describe what you read, saw, or heard, and where you read, saw, or heard the information.

_____
_____
_____
_____
_____
_____

    a) If yes, based on what you have read, seen, or heard about Mr. Boylan, have you formed any opinions about Mr. Boylan that would make it difficult for you to be a fair and impartial juror in this case? ❑ Yes ❑ No  If yes, please explain.

_____
_____
_____
_____
_____
_____

    b) If yes, despite anything that you have read, seen, heard about Mr. Boylan, would you be able to follow the Judge's instruction to put that information out of your mind and decide this case based solely on the evidence presented at trial?  ❑ Yes ❑ No  If no, please explain.

_____
_____
_____
_____
_____

58. Do you, or anyone close to you, personally know or have past or present dealings with Mr. Boylan or any of his family members?  ❑ Yes ❑ No  If yes, please describe.

_____
_____
_____
_____

59. Before today, have you read, seen, or heard anything about the criminal charge that has been brought against Jerry Boylan?  ❑ Yes ❑ No  If yes, please describe what you read, saw, or heard, and where you read, saw, or heard the information.

_____

_____

_____

_____

_____

_____

_____

60. Before today, have you read, seen, or heard anything about a fire that occurred on September 2, 2019, on a scuba diving trip onboard the *Conception* boat anchored off the coast of Santa Barbara, CA, which resulted in the deaths of 33 passengers and one crew member? ❑ Yes ❑ No

If yes, please describe what you read, saw, or heard, and where you read, saw, or heard the information.  Please also describe your reaction when you learned about the fire.

_____

_____

_____

_____

_____

_____

_____

_____

61. Is there anything about the nature of this case, or any experience that you or someone close to you had, that may affect your ability, or cause you to have any concern about your ability, to serve fairly as a juror in this case? ❑ Yes ❑ No  If yes, please explain.

_____

_____

_____

_____

_____

_____

_____

62. Have you, or someone close to you, ever had any contacts with law enforcement officers, other than those you have previously described in this questionnaire, that has caused you to form opinions, either positive or negative, regarding law enforcement?  ❑ Yes ❑ No   If yes, please describe.

_____

_____

_____

_____

_____

_____

63. This case was investigated by law enforcement officers from the Federal Bureau of Investigation, Coast Guard Investigative Service, and Bureau of Alcohol, Tobacco, and Firearms.  Do you have any feelings or opinions about those agencies that would affect your ability to be fair and impartial to the government and/or Jerry Boylan?  ❏ Yes ❏ No   If yes, please explain:

_____

_____

_____

_____

_____

_____

64. Have you, or anyone close to you, ever had any dealings or contacts with the United States Attorney's Office or the United States Department of Justice?  ❏ Yes ❏ No   If yes, please describe. _____

_____

_____

_____

_____

a) If yes, was there anything about those dealings or contacts that would affect your ability to serve as a fair and impartial juror on this case?  ❏ Yes ❏ No   If yes, please explain.

_____

_____

_____

_____

_____

65. Do you know of any reason why you might be prejudiced for or against the government, for or against any witness, or for or against Jerry Boylan?  ❏ Yes ❏ No   If yes, please explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Commercial Dive or Fishing Vessels**

13

66. Are you now, or have you ever been, a certified scuba diver?  ❑ Yes ❑ No   If yes, please state when and where you were certified and whether you certification is still active.

_____

_____

_____

_____

67. Have you ever been on a commercial dive or fishing boat?  ❑ Yes ❑ No   If yes, please provide details, including when, where, and type of boat.

_____

_____

_____

_____

68. Have you ever slept overnight on a boat?  ❑ Yes ❑ No

69. Do you know anyone who was injured on a boat?  ❑ Yes ❑ No   If yes, please provide details.

_____

_____

_____

_____

70. Do you know anyone who was injured while scuba diving?  ❑ Yes ❑ No   If yes, please provide details.

_____

_____

_____

_____

71. How many times have you been on a boat in the ocean?  ❑ 1-5 ❑ 6-15 ❑ 16-24 ❑ 25+

72. Have you ever visited the Channel Islands?  ❑ Yes ❑ No   If yes, which island(s).

_____

_____

_____

_____


**Lithium-Ion Batteries**

73. Have you, or anyone you know, experienced a lithium-ion battery explosion or fire?  ❑ Yes ❑ No If yes, please provide details including whether there were any injuries or property damage.

_____

_____

_____

_____

74. Have you ever been required to store and/or remove lithium-ion batteries from any electronic devices or luggage while traveling?  ❑ Yes ❑ No   If yes, please provide details.

_____

_____

_____

_____

75. Have you seen any media, news reporting, or videos pertaining to lithium-ion battery explosions or fires?  ❑ Yes ❑ No   If yes, what was your reaction?

_____

_____

_____

_____

76. Have you heard anything about lithium-ion battery fires or explosions within the past:
    ❑ Month        ❑ 6 months     ❑ Year

    If yes, please explain.

_____

_____

_____

_____

**Conduct as Jurors**

77. Under our criminal justice system, the facts are to be determined by the jury and the law is to be determined by the Court.  These two responsibilities are separate and distinct.  As such, when a Court instructs jurors about the law during and at the end of a trial, the jurors are required to accept the law as provided by the Court, even if the jurors do not personally agree with the law.  If you were to become a juror on this case, is there any reason why you would be unwilling or unable to apply and follow the law as given to you by the Court?  ❑ Yes ❑ No  If yes, please explain:

_____

_____

_____

_____

_____

78. If chosen to sit as a juror, the Court will instruct you to not discuss this case with other jurors, or anyone else, until the case is submitted to the jury for a decision.  The Court will also instruct that you must neither form nor express any opinion on any subject connected with the case until it is submitted to the jury for a decision.  Will you be able to follow these instructions?  ❑ Yes ❑ No  If no, please explain.

_____

_____

_____

_____

_____

_____

79. There are some people who, for moral, ethical, religious, or other reasons, believe that it is improper or would find it difficult to pass judgment on the conduct of others. Do you hold such beliefs? ❑ Yes ❑ No   If yes, please describe your beliefs.

_____

_____

_____

_____

_____

_____

_____

80. If chosen to sit as a juror, the Court will instruct you that you cannot read, watch, or listen to any accounts of this case in the news or on social media.  Will you be able to follow this instructions? ❑ Yes ❑ No   If no, please explain.

_____

_____

_____

_____

_____

81. If you were to inadvertently read, watch, or listen to an account of this case in the news or on social media, can you give the Court and the parties your assurance that you will still decide the case based only on the evidence presented in the courtroom? ❑ Yes ❑ No   If no, please explain.

_____

_____

_____

_____

_____

82. If chosen to sit as a juror, the Court will instruct you that your verdict must not be based on sympathy, passion, or prejudice, and instead, must be based on the evidence presented in this case and the law provided by the Court.  Will you be able to follow these instructions? ❑ Yes ❑ No  If no, please explain.

_____

_____

_____

16

_____

_____

83. The potential punishment for the offenses charged in the indictment is a matter that the jury should never consider in arriving at its verdict.  If you are selected as a juror in this case, will you be able to hear the evidence, deliberate with your fellow jurors, and apply the law as provided by the Court, without speculating about the punishment that may or may not be imposed in this case? ❑ Yes ❑ No   If no, please explain.

_____

_____

_____

_____

_____

_____

84. If you are selected as a juror, you will be required to deliberate with 11 other jurors. This will require you to discuss the evidence and law in this case with those other jurors.  Is there anything that leads you to believe that you would be unable or unwilling to engage in such discussions with your fellow jurors and reach a verdict in this case? ❑ Yes ❑ No   If yes, please explain.

_____

_____

_____

_____

_____

85. Is there any other reason, which you have not previously described in this questionnaire, why you think you cannot be a fair and impartial juror in this case? ❑ Yes ❑ No   If yes, please describe.

_____

_____

_____

_____

_____

_____

_____

WITNESS LIST

The following is a list of POTENTIAL witnesses for this trial, or witnesses who may be called to testify. Please review the list and CIRCLE any name you know personally, or of whom you might have heard. Next to the witness's name, please indicate your relationship and what you have heard.

## **<u>DECLARATION</u>**

I, _____ (***print name***) declare under penalty of perjury under the laws of the

United States of America that the foregoing answers set forth in this Jury Questionnaire are true and

correct to the best of my knowledge and belief.  I have not discussed my answers with others or received

assistance in completing the questionnaire.  Signed on _____, in Los Angeles, California.


_____

(***signature***)