1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  GEORGINA WAKEFIELD (Bar No. 282094)
   (E-Mail: Georgina_Wakefield@fd.org)
3  GABRIELA RIVERA (Bar No. 283633)
   (E-Mail: Gabriela_Rivera@fd.org)
4  JULIA DEIXLER (Bar No. 301954)
   (E-Mail: Julia_Deixler@fd.org)
5  Deputy Federal Public Defenders
   321 East 2nd Street
6  Los Angeles, California 90012-4202
   Telephone: (213) 894-2854
7  Facsimile: (213) 894-0081

8  Attorneys for Defendant
   JERRY NEHL BOYLAN

9

10             UNITED STATES DISTRICT COURT

11            CENTRAL DISTRICT OF CALIFORNIA

12                 WESTERN DIVISION

13

14  UNITED STATES OF AMERICA,          Case No. 2:22-CR-00482-GW

15            Plaintiff,               **EX PARTE APPLICATION TO FILE
                                       DOCUMENTS UNDER SEAL;**
16       v.                            **MEMORANDUM OF POINTS AND
                                       AUTHORITIES; DECLARATION**
17  JERRY NEHL BOYLAN,                 **OF COUNSEL**

18            Defendant.

19

20       Jerry Boylan, by and through the undersigned, applies to this Court for an order

21  that defendant's motion in limine no. 1: motion to exclude unreliable expert opinion

22  testimony about the cause and origin of the fire, lodged herewith, be filed under seal.

23  / /

24  / /

25  / /

26  / /

27  / /

28

1     This application is based upon the attached memorandum of points and

2   authorities and the declaration of counsel.

3

4                                             Respectfully submitted,

5                                             CUAUHTEMOC ORTEGA
                                              Federal Public Defender
6

7   DATED:  September 18, 2023      By   /s/ *Georgina Wakefield*

8                                             GEORGINA WAKEFIELD
                                              GABRIELA RIVERA
                                              JULIA DEIXLER
9                                             Deputy Federal Public Defenders
                                              Attorneys for JERRY NEHL BOYLAN
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2      The Office of the Federal Public Defender represents Jerry Boylan.  Counsel

3  requests that the enclosed documents be filed under seal.  This Court is empowered to

4  seal documents under appropriate circumstances.  *See United States v. Mann*, 829 F.2d

5  849, 853 (9th Cir. 1987); Central District of California Local Rule 79-5.1.

6      Counsel respectfully submits that it is appropriate that the Court order these

7  pleadings be filed under seal.  The government opposes this application.

8

9                                          Respectfully submitted,

10                                         CUAUHTEMOC ORTEGA
                                           Federal Public Defender
11

12  DATED:  September 18, 2023        By   /s/ *Georgina Wakefield*

13                                         GEORGINA WAKEFIELD
                                           GABRIELA RIVERA
14                                         JULIA DEIXLER
                                           Deputy Federal Public Defenders
15                                         Attorneys for JERRY NEHL BOYLAN

16

17

18

19

20

21

22

23

24

25

26

27

28

3

## **DECLARATION OF COUNSEL**

I, Georgina Wakefield, hereby state and declare as follows:

1.      I am a Deputy Federal Public Defender in the Central District of California assigned to represent Jerry Nehl Boylan in the above-titled action.

2.      Counsel for Mr. Boylan requested that motions in limine discussing potentially inadmissible evidence be filed under seal given the recent and sustained media attention and pretrial publicity around the accident and the case.  (ECF No. 81.) The government opposed that request.  (ECF No. 94.)

3.      At a hearing on today's date, the Court indicated that it wanted at least the government's motion in limine to admit evidence under Rule 404(b) to be filed under seal at the outset.  The Court stated that it would revisit that ruling after the government briefed it.

4.      The motion and its exhibits relate to the ATF's fire investigation and experimental test fires.  This was the subject of the recent news coverage, including a front page article in the Los Angeles Times.  Moreover, the exhibits include proffer statements of three witnesses.  Accordingly, counsel for Mr. Boylan believes that if filed publicly, the motion and its exhibits could be the subject of continued press coverage.

5.      For this reason, I am requesting to file this motion and its exhibits under seal.

6.      The government is opposed to this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


DATED:  September 18, 2023      By   /s/ *Georgina Wakefield*
                                                        GEORGINA WAKEFIELD