E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Chief, Environmental Crimes and Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
Public Corruption and Civil Rights Section
JUAN M. RODRIGUEZ (Cal. Bar No. 313284)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3359/8644/3819/0304
     E-mail:   Mark.A.Williams@usdoj.gov
               Matthew.O'Brien@usdoj.gov
               Brian.Faerstein@usdoj.gov
               Juan.Rodriguez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

                 UNITED STATES DISTRICT COURT

             FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 22-482-GW |
|---|---|
| Plaintiff, | JOINT STATEMENT RE EXHIBITS SUBMITTED *IN CAMERA* PERTAINING TO DEFENSE MOTION IN LIMINE NO. 9 |
| v. | |
| JERRY NEHL BOYLAN, | Trial Date: Oct. 24, 2023 |
| Defendant. | Hearing Time: 8:30 a.m. |
| | Place:  Courtroom 9D |

     Plaintiff United States of America, by and through its counsel
of record, the United States Attorney for the Central District of
California and Assistant United States Attorneys Mark A. Williams,
Matthew W. O'Brien, Brian R. Faerstein, and Juan M. Rodriguez, and

defendant JERRY NEHL BOYLAN, both individually and through his counsel of record, Georgina Wakefield, Gabriela Rivera, Julia Deixler, and Joshua Weiss, hereby submit this joint statement regarding the exhibits that are the subject of defendant's Motion in Limine No. 9 ("MIL No. 9," Dkt. No. 237) and which remain in dispute between the parties.  (The government's opposition to MIL No. 9 is Dkt. No. 249.)

Pursuant to the Court's order during the October 23, 2023 pretrial conference, the parties met and conferred regarding the defendant's objections to exhibits set forth in its MIL No. 9 as well as on a potential factual stipulation with respect to the cause of death of the 34 victims in this case.  The parties have reached agreement in principle on a stipulation regarding cause of death. Subject to the parties finalizing and filing that stipulation, the parties also have reached agreement on a number of other pending objections that are the subject of MIL No. 9.

Specifically, subject to finalization of the cause of death stipulation, the government will agree not to offer any of the hundreds of autopsy photographs that were taken by the Santa Barbara County Sheriff's Office, Coroner's Bureau ("Coroner's Bureau") of the 34 victims who died in the *Conception* fire (marked as Government Exhibit numbers 298, 298A, 298B, 298C, 298D, and 299).  However, the government still will elicit testimony from Deputy-Coroner witnesses from the Coroner's Bureau about their observations while conducting autopsies of the victims of the fire.  The government also will not offer clips from an underwater dive video (taken by a law enforcement diver) that show bodies recovered from the wreckage of

the *Conception*.  However, the government still will offer clips from the dive video footage that show the wreckage of the *Conception* (but no bodies) and will elicit testimony from the diver about his observations regarding the bodies that he saw within the wreckage. In addition, the defense agrees to withdraw its objections to a number of photo and video exhibits that were taken by victims of the *Conception* fire during the fatal dive trip (prior to the fire), specifically, Exhibit numbers 151, 152, 154, 155, 156, 157, 159, 162 (played without sound), 162A-G, 163, 164 (marked for identification only), 165, 167, 175, 176 (marked for identification only), 177, 178, 179, 181, 182 (marked for identification only), 183, 184, 185, 188, 189, and 190.

The parties have not reached agreement with respect to certain other photo and video exhibits taken by victims of the *Conception* fire during the fatal dive trip (also prior to the fire), specifically, Exhibit numbers 153 (grounds for objection: FRE 404(b), 401, 403); 158 (401, 403); 160 (401, 403, and duplicative of 155 and 156); 166 (duplicative of 165 and 167); 168 (401, 403, duplicative); 169 (401, 403, duplicative); 170 (duplicative of 165 and 167); 171 (duplicative of 160); 172 (duplicative of 160); 173 (duplicative of 160); 174 (401, 403, duplicative of 165 and 167); and for exhibit number 180, the defense's position remains the same as its written objection, *i.e.*, the defense not object to its admission but will ask the Court to limit the number of times it may be played and prohibit it from going back with the jury during deliberation.

//

Pursuant to the Court's order, the parties are lodging <u>in camera</u> with the Court copies of these remaining exhibits that are in dispute and remain the subject of the defense's MIL No. 9.  The parties will be prepared to take the objections to these exhibits up with the Court.

Respectfully submitted,

Dated: October 23, 2023                    E. MARTIN ESTRADA
                                           United States Attorney

                                           MACK E. JENKINS
                                           Assistant United States Attorney


                                                 /s/
                                           MARK A. WILLIAMS
                                           MATTHEW W. O'BRIEN
                                           BRIAN R. FAERSTEIN
                                           JUAN M. RODRIGUEZ
                                           Assistant United States Attorneys
                                           Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA


Dated: October 23, 2023                    /s/ with email authorization
                                           GEORGINA WAKEFIELD
                                           GABRIELA RIVERA
                                           JULIA DEIXLER
                                           JOSHUA WEISS
                                           Attorneys for Defendant JERRY NEHL BOYLAN

4