# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 22-482-GW |
| Date | October 24, 2023 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Javier Gonzalez | Terri A. Hourigan / Marea Woolrich | Matthew W. O'Brien; Brian R. Faerstein |
| --- | --- | --- |
| | | Mark A. Williams; Juan M. Rodriguez |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | DFPD Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Georgina Wakefield; Julia Deixler | ✔ | ✔ | |
| | | | | Gabriela Rivera; Joshua D. Weiss | | | |

| | Day COURT TRIAL | 1st Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|

| | One day trial; | | Begun (1st day); | ✔ | Held & continued; | | Completed by jury verdict/submitted to court. |
|---|---|---|---|---|---|---|---|

✔ The Jury impanelment is held.

\_\_ Opening statements made _____

\_\_ Witnesses called, sworn and testified.

\_\_ Exhibits identified         \_\_ Exhibits admitted

\_\_ Government rests.    \_\_ Defendant(s) _____ rest.

\_\_ Motion for mistrial by _____ is \_\_ granted \_\_ denied \_\_ submitted

\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_ granted \_\_ denied \_\_ submitted

\_\_ Closing arguments made    \_\_ Court instructs jury    \_\_ Bailiff sworn

\_\_ Alternates excused    \_\_ Jury retires to deliberate    \_\_ Jury resumes deliberations

\_\_ Finding by Court as follows:    \_\_ Jury Verdict as follows:

Dft # \_\_\_\_ \_\_ Guilty on count(s) \_\_\_\_    \_\_ Not Guilty on count(s) \_\_\_\_

\_\_ Jury polled    \_\_ Polling waived

\_\_ Filed Witness & Exhibit lists    \_\_ Filed Jury notes    \_\_ Filed Jury Instructions    \_\_ Filed Jury Verdict

\_\_ Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_ Dft # \_\_\_\_ remanded to custody.    \_\_ Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_ Bond exonerated as to Dft # \_\_\_\_

✔ Case continued to   October 25, 2023 at 8:00am   for further impanelment and trial.

✔ Other:   Cedric Bullock, US Marshal and Devona Garnder, USPT are present re transportation request by the Defendant. The U.S. Marshals, Pretrial Services or CJA cannot accommodate the request. The Court withdraws its Order issued on September 21, 2023 [137].

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Juror Questionnaires are filled out and voir dire process is held and continued.

|  |  |
|---|---|
| | 5 : 30 |
| Initials of Deputy Clerk | JG |