# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 22-482-GW |
| Date | October 25, 2023 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Javier Gonzalez | Terri A. Hourigan / Marea Woolrich | Matthew W. O'Brien; Brian R. Faerstein |
| --- | --- | --- |
| | | Mark A. Williams; Juan M. Rodriguez |
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | DFPD Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Georgina Wakefield; Julia Deixler | ✔ | ✔ | |
| | | | | Gabriela Rivera; Joshua D. Weiss | | | |

| | Day COURT TRIAL | 2nd Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; | Begun (1st day); | ✔ Held & continued; | Completed by jury verdict/submitted to court. |
| ✔ | The Jury is impaneled and sworn. | | | |
| ✔ | Opening statements made | by Government and Defendant. | | |
| ✔ | Witnesses called, sworn and testified. | | | |
| ✔ | Exhibits identified | ✔ Exhibits admitted | | |
| | Government rests. | Defendant(s) | | rest. |
| | Motion for mistrial by | is | granted | denied | submitted |
| | Motion for judgment of acquittal (FRCrP 29) | is | granted | denied | submitted |
| | Closing arguments made | Court instructs jury | | Bailiff sworn |
| | Alternates excused | Jury retires to deliberate | | Jury resumes deliberations |
| | Finding by Court as follows: | | Jury Verdict as follows: | |
| Dft # | Guilty on count(s) | | Not Guilty on count(s) | |
| | Jury polled | Polling waived | | |
| | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict |
| | Dft # Referred to Probation Office for Investigation & Report and continued to | | for sentencing. | |
| | Dft # remanded to custody. | Remand/Release# | issd. | Dft # released from custody. |
| | Bond exonerated as to Dft # | | | |
| ✔ | Case continued to October 26, 2023 at 9:45am for further trial. | | | |
| | Other: | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  | 7 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | JG | | |