# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR 22-482-GW | Date | October 26, 2023 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Javier Gonzalez | Terri A. Hourigan | Matthew W. O'Brien; Brian R. Faerstein<br>Mark A. Williams; Juan M. Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | DFPD Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Georgina Wakefield; Julia Deixler<br>Gabriela Rivera; Joshua D. Weiss | ✔ | ✔ | |

\_\_\_\_ Day COURT TRIAL        3rd Day JURY TRIAL        \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    ✔ Held & continued;    \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

✔ Witnesses called, sworn and testified.

✔ Exhibits identified        ✔ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_ Motion for mistrial by _____ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made        \_\_\_\_ Court instructs jury        \_\_\_\_ Bailiff sworn

\_\_\_\_ Alternates excused        \_\_\_\_ Jury retires to deliberate        \_\_\_\_ Jury resumes deliberations

\_\_\_\_ Finding by Court as follows:        \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_    \_\_\_\_ Guilty on count(s) \_\_\_\_        \_\_\_\_ Not Guilty on count(s) \_\_\_\_

\_\_\_\_ Jury polled        \_\_\_\_ Polling waived

\_\_\_\_ Filed Witness & Exhibit lists    \_\_\_\_ Filed Jury notes    \_\_\_\_ Filed Jury Instructions    \_\_\_\_ Filed Jury Verdict

Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

\_\_\_\_ Bond exonerated as to Dft # \_\_\_\_

✔ Case continued to    October 27, 2023 at 8:30am    for further trial.

\_\_\_\_ Other:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

                                                                                     4   :   10

Initials of Deputy Clerk   JG