# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 22-482-GW |
| Date | October 27, 2023 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | None Present | Matthew W. O'Brien - not present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | not | | ✔ | Georgina Wakefield; DFPD | not | | ✔ |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER**

Material witness Ryan Sims' request to exonerate his bond is GRANTED. The bond is exonerated. Additionally, the U.S. Pretrial Services is ordered to return Mr. Sims passport and remove his ankle bracelet.

                                                                                             :
                                                         Initials of Deputy Clerk    JG