# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | CR 22-482-GW | Date | November 6, 2023 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE | | |
| Interpreter | N/A | | |

| Javier Gonzalez | Terri A. Hourigan / Marea Woolrich | Matthew W. O'Brien; Brian R. Faerstein<br>Mark A. Williams; Juan M. Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | DFPD Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Georgina Wakefield; Julia Deixler | ✔ | ✔ | |
| | | | | Gabriela Rivera; Joshua D. Weiss | | | |

____ Day COURT TRIAL          10th Day JURY TRIAL          ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ____ Held & continued;   ✔ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

____ Witnesses called, sworn and testified.

____ Exhibits identified          ____ Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made     ____ Court instructs jury     ____ Bailiff sworn

✔ Alternates excused          ✔ Jury retires to deliberate          ____ Jury resumes deliberations

____ Finding by Court as follows:          ✔ Jury Verdict as follows:

Dft # ____ ✔ Guilty on count(s)  One of Indictment.     ____ Not Guilty on count(s)

✔ Jury polled          ____ Polling waived

✔ Filed Witness & Exhibit lists   ✔ Filed Jury notes   ✔ Filed Jury Instructions   ✔ Filed Jury Verdict

✔ Dft # ____ Referred to Probation Office for Investigation & Report and continued to  Feb. 8, 2024  for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

✔ Case continued to  Feb. 8, 2024 at 8:00 a.m.  for sentencing. Sentencing positions to be filed by February 1, 2024.

✔ Other: Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|  |  | 1 | : | 05 |
|---|---|---|---|---|
| Initials of Deputy Clerk | JG |  |  |  |