

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. CR 22-482-GW

Title: United States of America v. Jerry Nehl Boylan

JURY NOTE NUMBER  11

_____    THE JURY HAS REACHED A UNANIMOUS VERDICT

✓    THE JURY REQUESTS THE FOLLOWING:

Question:
When discussing "insufficiently training and drilling the vessel's crew in firefighting and other safety procedures," is it only in reference to the trip or generally as Boylen's position as Captain?

DATE: 11/06/23

TIME: 11:08

SIGNED: REDACTED
FOREPERSON OF THE JURY