UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Case No. CR 22-482-GW

Title: United States of America v. Jerry Nehl Boylan

JURY NOTE NUMBER C3

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

CAN WE HAVE THIS DISCUSSION IN PRIVATE w/ CONFIDENCE :

Does the lesser charge include violation of the roving patrol?

we are referencing lines 9-11 in the verdict form and page 5 of jury instructions.

CAN WE HAVE THE ANSWER IN WRITING? PLEASE

DATE: 11/06/23
TIME: 2:57pm

SIGNED **REDACTED**
FOREPERSON OF THE JURY

United States v. Boylan, CR-22-482
Response to Question No. 3

      Pursuant to the request of the jury, the Court responds to Question No. 3 in writing.

      As to the question: "does the lesser charge include violation of the roving patrol" "referencing lines 9-11 of the verdict form and page 5 of [the] jury instructions," the answer is "No".

      If the jury has any further questions, it is free to so inform the Court.