FILED
CLERK, U.S. DISTRICT COURT

NOV – 6 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10    FOR THE CENTRAL DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          No. CR 22-482-GW

12            Plaintiff,               VERDICT FORM

13               v.

14  JERRY NEHL BOYLAN,

15            Defendant.

1.  As to the offense of 18 U.S.C. § 1115 (misconduct or gross negligence of ship officer), we, the Jury in the above-captioned case, unanimously find defendant JERRY NEHL BOYLAN (*check one*):

_____    NOT GUILTY

___✕___    GUILTY

*If your response to Question 1 is "not guilty" or if, after deliberating, you are unable to reach a unanimous response to Question 1, please answer Question 2.  If your response to Question 1 is "guilty," do not answer Question 2.*

2. The crime of Misconduct or Gross Negligence of Ship Officer, in violation of 18 U.S.C. § 1115, includes the lesser crime of Grossly Negligent Operation of a Vessel, in violation of 46 U.S.C. § 2302(b), except as noted below.  If (1) any of you are not convinced beyond a reasonable doubt that the Defendant is guilty of the offense charged in the Indictment (that is, Misconduct or Gross Negligence of Ship Officer, in violation of 18 U.S.C. § 1115); and (2) you are unanimously convinced beyond a reasonable doubt that the Defendant is guilty of the lesser crime of Grossly Negligent Operation of a Vessel in violation of 46 U.S.C. § 2302(b), you may find the Defendant guilty of that lesser crime.  However, as instructed, the 46 U.S.C. § 2302(b) offense is not a lesser included crime within 18 U.S.C. § 1115 and does not apply to the Defendant's alleged  failure to post a roving patrol.

With respect to the lesser-included offense of Grossly Negligent Operation of a Vessel, in violation of 46 U.S.C. § 2302(b), we, the Jury, unanimously find defendant JERRY NEHL BOYLAN (check one):

_____    NOT GUILTY

_____    GUILTY

**(The foreperson should now sign and date this verdict form.)**

Dated: _11—6_____, 2023.

*REDACTED*

FOREPERSON OF THE JURY