CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY NEHL BOYLAN,<br><br>　　　　Defendant. | Case No. CR 22-482-GW<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO CONTINUE POST-TRIAL BRIEFING SCHEDULE AND SENTENCING HEARING** |

Having considered Defendant's *ex parte* application and the Government's Opposition:

IT IS HEREBY ORDERED that the defendant's *ex parte* application to continue the post-trial briefing schedule and sentencing hearing in this matter is GRANTED.

The following scheduling order shall apply:

- Rule 29 and Rule 33 motions due no later than February 22, 2024;
- Oppositions due no later than March 14, 2024;
- Replies, if any, due no later than March 28, 2024;
- Hearing on the motions to be held on April 11, 2024 at 8:00 a.m.; and
- Sentencing to be held on May 2, 2024 at 8:00 a.m.
- **There will be no further continuances granted.**

DATED: November 20, 2023     By  /s/ George H. Wu
HON. GEORGE H. WU
United States District Judge

Presented by:

  */s/ Georgina Wakefield*
Deputy Federal Public Defender