CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GEORGINA WAKEFIELD (Bar No. 282094)
(E-Mail: Georgina_Wakefield@fd.org)
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
JOSHUA D. WEISS (Bar No. 338918)
(E-Mail: Josh_Weiss@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JERRY NEHL BOYLAN,<br><br>　　　　Defendant. | Case No. 22-cr-00482-GW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR A NEW TRIAL BASED ON ERROR IN LESSER-INCLUDED OFFENSE INSTRUCTION** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the defendant's motion for a new trial based on an error in the lesser-included offense instruction is GRANTED.

DATED: 　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

*/S/ Joshua D. Weiss*
Deputy Federal Public Defender