# Exhibit A



# Activity Summary Report

| | |
|---|---|
| MISLE Activity ID: | 6822772 |
| Activity Type: | Vessel Inspection |
| Title/Description: | SPV Overnight Passenger Verification |
| Status: | Closed - Approved Inspection |
| Point Of Contact: | |
| Owning Unit: | Marine Safety Detachment Panama City |
| Originating Unit: | Marine Safety Detachment Panama City |
| Start Date/Time: | 24SEP2019 13:00Z |
| Prompt Date: | |
| Team Lead: | POWELL, TAKILA Spring |

## Vessel Information:

| Vessel Name: | Call Sign: | Current Flag / Flag At Time Of Activity: |
|---|---|---|
| ANASTASIA | WDC 7507 | UNITED STATES / UNITED STATES |
| **Classification:** | **Primary VIN:** | **Length:** |
| Passenger Ship - Charter Fishing Vessel - General (More Than 6, Gross Tonnage < 100) | 1041849 | 64.8 |
| **ITC/Convention (Subpart B):** | **Regulatory (Subpart C or D):** | **Year Completed:** |
| | | 1996 |
| **Engine Compartment In An Open Space:** | **Fuel Compartment In An Open Space:** | **Vessel Constructed Of All Open Spaces:** |
| Not Applicable | Not Applicable | Not Applicable |
| **Propulsion System Type:** | | |
| Diesel Reduction | | |

## Vessel Associated Parties:

| Name: | Type: | Role: |
|---|---|---|
| | Organization | Managing Owner |
| **Address:** | | |
| FLORALA, ALABAMA  36442 | | |
| **Name:** | **Type:** | **Role:** |
| | Individual | Operator (in control/in charge) |
| **Address:** | | |
| DESTIN, FLORIDA  32541 | | |

## Inspection Results:

| System: | Inspection Results: | Date: |
|---|---|---|
| 01 - Certificates & Documentation | Inspected Satisfactory | 24SEP2019 |
| 02 - Structural Conditions | Inspected Satisfactory | 24SEP2019 |
| 04 - Emergency Systems | Inspected Satisfactory | 24SEP2019 |
| 05 - Radio Communications | Inspected Satisfactory | 24SEP2019 |
| 07 - Fire Safety | Inspected With Deficiencies Noted | 24SEP2019 |
| 08 - Alarms | Inspected Satisfactory | 24SEP2019 |
| 09 - Working and Living Conditions | Inspected Satisfactory | 24SEP2019 |
| 11 - Life Saving Appliances | Inspected Satisfactory | 24SEP2019 |
| 13 - Propulsion and Auxiliary Machinery | Inspected Satisfactory | 24SEP2019 |

Ex. A 001

**Deficiencies:**

| Item Number: | Due Date: | Extended Due Date: | |
|---|---|---|---|
| 1 | 27SEP2019 | | ☐ Not Available For Inspection |
| **Issued Date:** | **Resolved Date:** | | ☐ Security Violation |
| 24SEP2019 | 25SEP2019 | | ☐ Worklist Item/Do Not Show In PSIX |
| | | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 07 - Fire Safety | N/A - No Subsystem | 07120 - Means of escape | ☐ Reported Via PR17 |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ Refer To ACS/RO/TPO |
| 701 - Prior to carriage of passengers/cargo | c - To the satisfaction of the Coast Guard | | ☐ ACS/RO/TPO Associated |
| | | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Vessel is required to mark emergency exit on both sides with EMERGENCY EXIT-KEEP CLEAR in 1" letters. Vessel does not have outside exit marked. Vessel shall mark exit as required.

46 CFR 177.15

**Resolution:**

Vessel crew marked emergency escape on outside of escape as required.

| Item Number: | Due Date: | Extended Due Date: | |
|---|---|---|---|
| 2 | 27SEP2019 | | ☐ Not Available For Inspection |
| **Issued Date:** | **Resolved Date:** | | ☐ Security Violation |
| 24SEP2019 | 25SEP2019 | | ☐ Worklist Item/Do Not Show In PSIX |
| | | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 07 - Fire Safety | N/A - No Subsystem | 07116 - Ventilation | ☐ Reported Via PR17 |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ Refer To ACS/RO/TPO |
| 701 - Prior to carriage of passengers/cargo | c - To the satisfaction of the Coast Guard | | ☐ ACS/RO/TPO Associated |
| | | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Vessel engine room ventilation should have means to close in case of fire. Current pulley system does not effectively close off air to the space. Vessel to repair pulls to completely close vents leading to the engine room.

46 CFR 182.465(h)

**Resolution:**

Vessel crew repaired pulley system and was able to close off air to the engine room.

**Narrative:**

This inspection was conducted in accordance with COMDT SMALL PASSENGER VESSEL (SPV) INSPECTION DIRECTION dated 13 Sep 2019. The CG-840T Inspection book was referenced as a job-aid.

Vessel Type: P/V ANASTASIA is a 64.8 foot FRP hull vessel inspected under Subchapter T and operating on an Oceans route.

Executive Summary:
This vessel was found to be fit for the intended routes and service as specified on the COI and in accordance with the appropriate regulations. Verification was completed in accordance with the SPV Inspection Direction message.

(02) deficiencies were issued this inspection, (02) deficiencies were cleared, and (00) deficiencies remain outstanding.

Issued COI Amendment for Conditions of Operation. Added endorsement for 24-hour roving patrolman/watchman and updated overnight accommodations to reflect 11 passengers. Added verbiage to routes and conditions in edit vessel section of MISLE with new COI to be issued at next scheduled COI or drydock exam. Vessel rep instructed to keep paper amendment with COI.

ADDED CONDITIONS OF OPERATION.
AT ALL TIMES WHEN THE VESSEL IS CARRYING OVERNIGHT PASSENGERS, REGARDLESS IF THE VESSEL IS UNDERWAY OR NOT, SHALL HAVE A SUITABLE NUMBER OF WATCHMAN IN THE VICINITY OF THE CABINS OR STATEROOMS AND ON EACH DECK TO GUARD AGAINST AND GIVE ALARM IN CASE OF FIRE, MAN OVERBOARD, OR OTHER DANGEROUS SITUATION.

Items retained for MSD PC files: N/A

Inspector Comments:
24SEP2019: Attended the ANASTASIA at Harbor walk Marina in Destin, FL in company with the vessel representative Captain Tony Davis, one Mate and CG Inspector MSTC Joshua Greer to conduct an SPV Overnight Passenger Verification in-service inspection.

Conducted an inspection of the condition of overnight accommodations, fire protection equipment, lifesaving equipment, machinery, electrical equipment, means of escape, and the general health and safety of the vessel.

Ex. A 002

Reviewed the routes and conditions listed on the vessel's Certificate of Inspection (COI) including the number of passengers and overnight passengers permitted.  The COI indicated that 14 passengers were permitted.  The number of accommodations that met requirements was 11.  Informed the Captain that I would reduce the number of passengers allowed overnight.  He made no objection.

Reviewed the logs, logbook and documentation onboard to verify the following: abandon ship, firefighting, and man overboard drills; crew training; crew and passengers lists; passenger counts; voyage plans; and weekly, monthly, quarterly, and annual maintenance inspections on lifesaving appliances.  The Captain admitted he was not always conducting drills as required and even when they were completed he was not logging them as required.  I explained that drills were to be conducted every 3 months and logged.  I also explained that a new crewmember would necessitate drills regardless of when they were last completed.  The Captain admitted that he was not completing a passenger manifest or requiring the passenger don their life jacket and go to the muster station before overnight trips.  I educated him on the requirement and explained its purpose.  He indicated he would comply in the future. The passenger count/manifest/voyage plan will be left with the Captain's father, William Davis. His contact info was added as a special note.

The accommodation space emergency exit was found to not be properly labeled on the outside.  The crew corrected the deficiency as required.

Verified the vessel had emergency instructions for the vessel.  They were not mounted at the operating station but were instead mounted in the main lounge for everyone to review.  The vessel also had a quasi watch station quarter bill onboard. Ensured the vessel crew was aware of and clearly understood their obligations in the event of an emergency including any additional requirements detailed on the COI.

Lifesaving equipment was inspected and found to be in good condition.

Ensured crew members knew the location of all firefighting equipment onboard the vessel and were familiar with its use including fire extinguishers and smoke/heat detectors. Verified fire extinguishers were serviceable.  Those onboard has been serviced in Jan 2019.

Tested the emergency fuel shut off and closure of ventilation to the engine room.  The valves were located inside a hatch, below another hatch.  When you open the first hatch there is no indication that you must open another hatch or that valves are located below that hatch.  While the valves themselves operated as required I recommended the Captain provide additional instructions to ensure anyone that opens the first hatch is aware they must open a second hatch to actually reach the fuel shut off valves.  I explained that this would help a passenger locate the hatches quickly in the even the Captain required the help of passengers onboard in an emergency.  The crewmember was able to secure ventilation to the engine room with a pulley system but it is not an ideal set up.  We recommended the Captain work on the system to ensure there is complete closure every time.

Verified that a 24-hour watch is implemented in the event of overnight trips and that there is a suitable number of watchmen to patrol throughout the vessel during the night-time whether or not the vessel is underway, to guard against and give alarm to a fire, man overboard, or other dangerous situation. It was highly recommended that the operator designate the individual(s) in writing along with their duties and log their patrols. We recommended no more than 2 hours between each round to be conducted and discussed items that should be checked as part of the round. The Captain understood his obligation to ensure a crewmember was to stand the watch at all times passengers are onboard including when at anchor.

Inspected for potential fire hazards and found none.  We discussed the risks associated the unsupervised charging of lithium-ion batteries and extensive use of extension cords and power strips.

Examined the vessel to ensure that no unapproved alterations were made to electrical systems or galley areas since the vessel's construction. It did not appear that there were any but inspectors did not have original plans to verify.  Electrical panels and switchboards were examined for evidence of bypassing overcurrent protection or installation of overcurrent devices rated greater than permitted and not were found.

Inspection complete.
//s// LCDR Takila Powell

21OCT2019: Reviewed activity, printed and routed for signature.
Inspection continues.
//CWO4 Jason Johnson//MI//

08JAN20: COI Validated, mailed.
//s// MST1 Michael Bangh

## Inspection Details

| Inspection Type: | Date: | Unit: |
| --- | --- | --- |
| In-Service Inspection | 24SEP2019 | Marine Safety Detachment Panama City |

## Streamlined Inspection Program (SIP) Summary:

**Vessel Name:** ANASTASIA

**Company Name:**

**PHASE I**

Inspector Comments:

**PHASE II**

Inspector Comments:

Ex. A 003

**PHASE III**

Inspector Comments:

**PHASE IV**

Inspector Comments:

### Location(s):

| Latitude: | Longitude: | Recorded Date/Time: | Description: |
|---|---|---|---|
| 30°23.6 N | 086°30.4 W | 24SEP2019 13:00Z | Harborwalk Marina |

Associated Parties: (None)

### TWIC Details:

| Worker Type: | Checked: | Compliant: | Noncompliant: | Remarks: |
|---|---|---|---|---|
| Other | 0 | 0 | 0 | |

### Radiation Details:

| Radiation: | No Radiation Detected |
|---|---|

Operational Controls: (None)

### Log:

| Effective Date: | Description/New Value: | Logged By Unit: | Logged By: |
|---|---|---|---|
| 08JAN2020 | Closed Date: 1/8/2020 4:56:37 PM | Marine Safety Detachment Panama City | Bangh, Michael R |
| 27SEP2019 | Involved Personnel Point Of Contact: No | Marine Safety Detachment Panama City | Powell, Takila S |
| 21OCT2019 | Involved Personnel Point Of Contact: No | Marine Safety Detachment Panama City | Johnson, Jason L |
| 27SEP2019 | Involved Personnel Point Of Contact: No | Marine Safety Detachment Panama City | Powell, Takila S |
| 27SEP2019 | Owning Unit: Marine Safety Detachment Panama City | Marine Safety Detachment Panama City | Powell, Takila S |
| 27SEP2019 | Point Of Contact: ▮▮▮▮ | Marine Safety Detachment Panama City | Powell, Takila S |
| 27SEP2019 | Start Date: 9/24/2019 1:00:13 PM | Marine Safety Detachment Panama City | Powell, Takila S |
| 08JAN2020 | Status/Subtype: Closed/Approved Inspection | Marine Safety Detachment Panama City | Bangh, Michael R |
| 27SEP2019 | Status/Subtype: Open/In Progress | Marine Safety Detachment Panama City | Powell, Takila S |
| 30SEP2019 | Status/Subtype: Open/Submitted for Review | Marine Safety Detachment Panama City | Greer, Joshua P |
| 27SEP2019 | Title: SPV Overnight Passenger Verification | Marine Safety Detachment Panama City | Powell, Takila S |
| 27SEP2019 | Vessel: ANASTASIA | Marine Safety Detachment Panama City | Powell, Takila S |

Documents: (None)

### Certificates:

| Name: | Type: | Description: |
|---|---|---|
| COI - Amended 08Jan2020 | Certificate of Inspection - Amended | |

| Owning Unit: | Status: | Issued Date: | Expired Date: |
|---|---|---|---|

Ex. A 004

| | | | |
|---|---|---|---|
| Marine Safety Detachment Panama City | EXPIRED | 15JAN2019 | 15JAN2024 |

Ex. A 005