Exhibit B



# Activity Summary Report

| | |
|---|---|
| MISLE Activity ID: | 6822766 |
| Activity Type: | Vessel Inspection |
| Title/Description: | SPV Overnight Passenger Verification |
| Status: | Closed - Approved Inspection |
| Point Of Contact: | ███████████████ |
| Owning Unit: | Marine Safety Detachment Panama City |
| Originating Unit: | Marine Safety Detachment Panama City |
| Start Date/Time: | 26SEP2019 10:30Z |
| Prompt Date: | |
| Team Lead: | GREER, JOSHUA P |

## Vessel Information:

| Vessel Name: | Call Sign: | Current Flag / Flag At Time Of Activity: |
|---|---|---|
| TRADEWINDS | WDE2696 | UNITED STATES / UNITED STATES |
| **Classification:** | **Primary VIN:** | **Length:** |
| Passenger Ship - Charter Fishing Vessel - General (More Than 6, Gross Tonnage < 100) | 977244 | 65.0 |
| **ITC/Convention (Subpart B):** | **Regulatory (Subpart C or D):** | **Year Completed:** |
| | | 1991 |
| **Engine Compartment In An Open Space:** | **Fuel Compartment In An Open Space:** | **Vessel Constructed Of All Open Spaces:** |
| No | No | No |
| **Propulsion System Type:** | | |
| Diesel Reduction | | |

## Vessel Associated Parties:

| Name: | Type: | Role: |
|---|---|---|
| ████████████████ | Organization | Managing Owner |
| **Address:** | | |
| ███████████<br>FORT WALTON BEACH, FLORIDA  32547 | | |
| **Name:** | **Type:** | **Role:** |
| ████████████████ | Organization | Operator (managing) |
| **Address:** | | |
| ███████████<br>FORT WALTON BEACH, FLORIDA  32547 | | |

## Inspection Results:

| System: | Inspection Results: | Date: |
|---|---|---|
| 01 - Certificates & Documentation | Inspected Satisfactory | 26SEP2019 |
| 02 - Structural Conditions | Inspected Satisfactory | 26SEP2019 |
| 04 - Emergency Systems | Inspected Satisfactory | 26SEP2019 |
| 05 - Radio Communications | Inspected Satisfactory | 26SEP2019 |
| 07 - Fire Safety | Inspected With Deficiencies Noted | 26SEP2019 |
| 08 - Alarms | Inspected Satisfactory | 26SEP2019 |
| 09 - Working and Living Conditions | Inspected Satisfactory | 26SEP2019 |
| 11 - Life Saving Appliances | Inspected With Deficiencies Noted | 26SEP2019 |
| 13 - Propulsion and Auxiliary Machinery | Inspected Satisfactory | 26SEP2019 |

Ex. B 001

**Deficiencies:**

| Item Number: | Due Date: | Extended Due Date: | ☐ Not Available For Inspection |
|---|---|---|---|
| 1 | 26SEP2019 | | ☐ Security Violation |
| **Issued Date:** | **Resolved Date:** | | ☐ Worklist Item/Do Not Show In PSIX |
| 26SEP2019 | 26SEP2019 | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 11 - Life Saving Appliances | N/A - No Subsystem | 11117 - Lifebuoys incl. provision and disposition | ☐ Reported Via PR17 |
| | | | ☐ Refer To ACS/RO/TPO |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ ACS/RO/TPO Associated |
| 705 - Other - as specified | c - To the satisfaction of the Coast Guard | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Vsl required to have 1 waterlight that meets 46 CFR 160.050. The waterlight globe to protect light fillament is missing. Vsl to replace waterlight. Vsl limited to daytime operations.

46 CFR 180.70(d)(1)
705c

**Resolution:**

Waterlight was replaced.

| Item Number: | Due Date: | Extended Due Date: | ☐ Not Available For Inspection |
|---|---|---|---|
| 2 | 26SEP2019 | | ☐ Security Violation |
| **Issued Date:** | **Resolved Date:** | | ☐ Worklist Item/Do Not Show In PSIX |
| 26SEP2019 | 26SEP2019 | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 11 - Life Saving Appliances | N/A - No Subsystem | 11117 - Lifebuoys incl. provision and disposition | ☐ Reported Via PR17 |
| | | | ☐ Refer To ACS/RO/TPO |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ ACS/RO/TPO Associated |
| 701 - Prior to carriage of passengers/cargo | c - To the satisfaction of the Coast Guard | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Vsl waterlight required to have 3 ft line. Vsl had line less than 3 ft attached to light. Vsl to replace with 3 ft line.

**Resolution:**

Vessel replaced line with 3 ft line.

| Item Number: | Due Date: | Extended Due Date: | ☐ Not Available For Inspection |
|---|---|---|---|
| 3 | 26SEP2019 | | ☐ Security Violation |
| **Issued Date:** | **Resolved Date:** | | ☐ Worklist Item/Do Not Show In PSIX |
| 26SEP2019 | 02OCT2019 | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 07 - Fire Safety | N/A - No Subsystem | 07120 - Means of escape | ☐ Reported Via PR17 |
| | | | ☐ Refer To ACS/RO/TPO |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ ACS/RO/TPO Associated |
| 705 - Other - as specified | c - To the satisfaction of the Coast Guard | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Emergency escape must be marked in letter 1" high EMERGENCY EXIT KEEP CLEAR. Vsl did not have exit marked as required. Vsl to mark exit appropriately. Vsl restricted from carrying passengers overnight until rectified.

46 CFR 177.15
46 CFR 185.30-15
705c

**Resolution:**

The owner intalled a sign that is mounted at top of stairs for passengers to see regardless of which bunk house they are assigned to sleep.

| Item Number: | Due Date: | Extended Due Date: | ☐ Not Available For Inspection |
|---|---|---|---|
| 4 | 26SEP2019 | | ☐ Security Violation |
| **Issued Date:** | **Resolved Date:** | | ☐ Worklist Item/Do Not Show In PSIX |
| 26SEP2019 | 02OCT2019 | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 11 - Life Saving Appliances | N/A - No Subsystem | 11118 - Lifejackets incl. provision and disposition | ☐ Reported Via PR17 |
| | | | ☐ Refer To ACS/RO/TPO |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ ACS/RO/TPO Associated |
| 705 - Other - as specified | c - To the satisfaction of the Coast Guard | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Life jackets are required for every person onboard. 1 lifejacket was unservicable. Vsl limited to total of 51 passengers until rectified.

46 CFR 180.71(a)
705c

**Resolution:**

Owner purchased new jacket and outfitted/marked it as required.

| Item Number: | Due Date: | Extended Due Date: | ☐ Not Available For Inspection |
|---|---|---|---|
| 5 | 26SEP2019 | | ☐ Security Violation |
| **Issued Date:** | **Resolved Date:** | | ☐ Worklist Item/Do Not Show In PSIX |
| 26SEP2019 | 26SEP2019 | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 07 - Fire Safety | N/A - No Subsystem | 07199 - Other (fire safety) | ☐ Reported Via PR17 |
| | | | ☐ Refer To ACS/RO/TPO |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ ACS/RO/TPO Associated |
| 701 - Prior to carriage of passengers/cargo | c - To the satisfaction of the Coast Guard | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Vsl has flammable items stored in accommodation space. Vsl to remove items.

46 CFR 177.800(c)
701c

**Resolution:**

Vsl removed items from accomodation spaces.

| Item Number: | Due Date: | Extended Due Date: | ☐ Not Available For Inspection |
|---|---|---|---|
| 6 | 10OCT2019 | | ☐ Security Violation |
| **Issued Date:** | **Resolved Date:** | | ☐ Worklist Item/Do Not Show In PSIX |
| 26SEP2019 | 26SEP2019 | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 07 - Fire Safety | N/A - No Subsystem | 07114 - Remote Means of control (opening,pumps,ventilation,etc.) Machinery spaces | ☐ Reported Via PR17 |
| | | | ☐ Refer To ACS/RO/TPO |
| | | | ☐ ACS/RO/TPO Associated |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ Accepted As Condition Of ACS/TPO |
| 16 - Rectify deficiencies w/in 14 days | c - To the satisfaction of the Coast Guard | | |

**Description:**

Vsl to renew emergency fuel shut off markings.

46 CFR 185.30-20
16c

**Resolution:**

Vsl marked fuel shut offs.

Ex. B 003

| Item Number: | Due Date: | Extended Due Date: | ☐ Not Available For Inspection |
|---|---|---|---|
| 7 | 26SEP2019 | | ☐ Security Violation |
| **Issued Date:** | **Resolved Date:** | | ☐ Worklist Item/Do Not Show In PSIX |
| 26SEP2019 | 26SEP2019 | | ☐ SMS Related/Objective Evidence For MSO |
| **System:** | **Subsystem:** | **Component:** | ☐ Self Reported |
| 07 - Fire Safety | N/A - No Subsystem | 07108 - Ready availability of fire fighting equipment | ☐ Reported Via PR17 |
| | | | ☐ Refer To ACS/RO/TPO |
| **Action:** | **Action Code:** | **ACS/RO/TPO Finding Number:** | ☐ ACS/RO/TPO Associated |
| 701 - Prior to carriage of passengers/cargo | c - To the satisfaction of the Coast Guard | | ☐ Accepted As Condition Of ACS/TPO |

**Description:**

Vsl required to have a total of 5 extinguishers onboard. 1 extinguisher found unservicable vsl to replace.

46 CFR 181.500
701c

**Resolution:**

Vessel had extinguisher serviced.

**Narrative:**

This inspection was conducted in accordance with COMDT SMALL PASSENGER VESSEL (SPV) INSPECTION DIRECTION dated 13 Sep 2019. The CG-840T Inspection book was referenced as a job-aid.

Vessel Type: M/V TRADEWINDS is a 65 foot FRP vessel inspected under Subchapter T and operating on an Oceans or Limited Coastwise route.

Executive Summary:
This vessel was found to be fit for the intended routes and service as specified on the COI and in accordance with the appropriate regulations. Verification was completed in accordance with the SPV Inspection Direction message.

(07) deficiencies were issued this inspection, (07) deficiencies were cleared, and (00) deficiencies remain outstanding.

Issued paper COI Amendment for Conditions of Operation designating 24-hours roving patrolman/watchman, updated fire extinguishers to 5 and updated overnight sleeping accommodations to 14 passengers after measuring space for passengers and consulting applicable regs. Added verbiage to Routes and Conditions, fire fighting details, and overnight accommodations in edit vessel section of MISLE with new COI to be issued at next scheduled COI or dry dock. Vessel rep instructed to keep paper amendment with original COI.

ADDED CONDITIONS OF OPERATION.
AT ALL TIMES WHEN THE VESSEL IS CARRYING OVERNIGHT PASSENGERS, REGARDLESS IF THE VESSEL IS UNDERWAY OR NOT, SHALL HAVE A SUITABLE NUMBER OF WATCHMAN IN THE VICINITY OF THE CABINS OR STATEROOMS AND ON EACH DECK TO GUARD AGAINST AND GIVE ALARM IN CASE OF FIRE, MAN OVERBOARD, OR OTHER DANGEROUS SITUATION.

Items retained for MSD PC files: N/A

Inspector Comments:
25SEP2019: Attended the TRADEWINDS at Fishing Fleet Marina in Destin, FL in company with the vessel representative Brian Howard, one Captain, one Mate and CG Inspectors MSTC Greer and LCDR Powell to conduct an SPV Overnight Passenger Verification in-service inspection.

Conducted an inspection of the condition of overnight accommodations, fire protection equipment, lifesaving equipment, machinery, electrical equipment, means of escape, and the general health and safety of the vessel.

Reviewed the routes and conditions listed on the vessel's Certificate of Inspection (COI) including the number of passengers and overnight passengers permitted.

Reviewed the logs, logbook and documentation onboard to verify the following: abandon ship, firefighting, and man overboard drills; crew training; crew and passengers lists; passenger counts; voyage plans; and weekly, monthly, quarterly, and annual maintenance inspections on lifesaving appliances. The Captain is not conducting or logging fire drills or EPIRB tests as required. Provided education on requirement. The Captain indicated the vessel had not conducted overnight trips in some time but he may take these types of trips in the future.  I educated him on the requirement for a manifest and the donning of life jackets by overnight passengers and the need to have the passengers report to the muster location. He indicated he understood all requirements not currently being met and will comply in the future.

Lifesaving equipment was inspected and the waterlight for the ring buoy was found to be broken and not properly attached to the ring buoy.  The owner purchased a new light and crew properly attached the waterlight to the ring buoy as required.  The hydrostatic release for the life float installation was found to be marked with the installation date instead of the expiration date.  The owner purchased a new HRU and installed it onto the life float installation and marked the expiration date for 2 years. One life jacket was found to be unserviceable.  The crew destroyed the life jacket in my presence. A new life jacket was purchased, a light attached and marked as required with vessel name.

Ex. B 004

Verified the vessel had emergency instructions for the vessel.  They were not mounted at the operating station but were instead mounted in the main lounge for everyone to review.  The vessel also had a quasi watch station quarter bill onboard. Ensured the vessel crew was aware of and clearly understood their obligations in the event of an emergency including any additional requirements detailed on the COI.

The accommodation space has one exit that leads to a set of stairs that terminate right at a side entrance door to the parlor one deck above.  The vessel is not required to have an additional means of escape based on size of the space.  However, we discussed adding an additional emergency exit to forward passenger overnight accommodations so as to provide a means of escape in the event the parlor is the space on fire.  The vessel owner agreed it would be a good idea and will look into installing additional exit.

The exit above had no markings providing any indication to anyone using the accommodation space that the stairs were the emergency exit.  Required owner to provide signage to be read by people in either accommodation space EMERGENCY EXIT - KEEP CLEAR.  The owner provided a sign as required. The crew also uses a chain to rope the entrance to the accommodation spaces as they are not currently being used except by crew to store items the vessel uses.

The smoke detector in the accommodation space was operational, however the approval was only for "SINGLE STATION SMOKE ALARM" and was not "SINGLE STATION SMOKE ALARM ALSO SUITABLE FOR USE IN RECREATIONAL VEHICLES".  Vessel representative was advised of the requirement and purpose/intent. Vessel to purchase and install proper smoke detector.   Discussed with vessel representative the need to have smoke detectors higher in the space. Currently the detectors were a few feet from the ceiling. Representative to place them higher and they were reinstalled on the ceiling itself.

Ensured crew members knew the location of all firefighting equipment onboard the vessel and were familiar with its use including fire extinguishers and smoke/heat detectors. Discovered the COI did not have the correct number of extinguishers required.  All had been serviced in 2019 but one was found to be undercharged.  The owner purchased a new extinguisher to replace it.

Tested the emergency fuel shut off and closure of ventilation to the engine room. The valves and ventilation closures worked as required.   The marking for the emergency fuel shut off was not in contrasting colors.  The crew renewed the lettering to meet the requirement.

Verified that a 24-hour watch will implemented in the event of overnight trips and that there will be a suitable number of watchmen to patrol throughout the vessel during the night-time whether or not the vessel is underway, to guard against and give alarm to a fire, man overboard, or other dangerous situation. It was highly recommended that the operator designate the individual(s) in writing along with their duties and log their patrols. We recommended no more than 2 hours between each round to be conducted and discussed items that should be checked as part of the round. The Captain understood his obligation to ensure a crewmember was to stand the watch at all times passengers are onboard including when at anchor.

Inspected for potential fire hazards and found flammable cans of paint and other cleaning materials stored in the accommodation space. Directed the crew to clean it out and this was completed. We discussed the risks associated with the improper storage of flammable or combustible items onboard as well as the unsupervised charging of lithium-ion batteries and extensive use of extension cords and power strips.  It was discovered that a small refrigerator in the parlor was powered with an extension cord.  The crew indicated one of the other appliances in the parlor was to be moved to the engine room and this change would eliminate the use of any portable electric cord.

Examined the vessel to ensure that no unapproved alterations were made to electrical systems or galley areas since the vessel's construction. It did not appear that there were any but inspectors did not have original plans to verify.  Electrical panels and switchboards were examined for evidence of bypassing overcurrent protection or installation of overcurrent devices rated greater than permitted and none were found.

Additionally the following was found and discussed with the owners representative and MSD Panama City inspectors to address at a future date.  During the internal structural exam, several areas were noted as items to address at the next scheduled dry dock as follows: Opening at the top of bow where both sides of the hull meet due to previous damage reported to Coast Guard according to vessel rep; delamination on multiple structures in sleeping accommodations where structures attached to hull; delamination port side collision bulkhead in forepeak; Multiple transverse under floor beams delignification; soft deck on bow above accommodations (port side) and above engine room at aft entrance to parlor; delamination near bow, port side where the deck meets the hull.

Inspection continues.

//s// MSTC Joshua Greer

21OCT2019: Reviewed activity, printed and routed for signature.
Inspection continues.
//CWO4 Jason Johnson//MI//

08JAN20: COI Validated, mailed.
//s// MST1 Michael Bangh

## Inspection Details

| **Inspection Type:** | **Date:** | **Unit:** |
|---|---|---|
| In-Service Inspection | 26SEP2019 | Marine Safety Detachment Panama City |

## Streamlined Inspection Program (SIP) Summary:

| **Vessel Name:** | TRADEWINDS |
|---|---|
| **Company Name:** | |

**PHASE I**

Ex. B 005

Inspector Comments:
**PHASE II**
Inspector Comments:
**PHASE III**
Inspector Comments:
**PHASE IV**
Inspector Comments:

### Location(s):

| Latitude: | Longitude: | Recorded Date/Time: | Description: |
|---|---|---|---|
| 30°23.5 N | 086°30.4 W | 26SEP2019 10:30Z | Fishing Fleet Marina, Destin, FL |

### Associated Parties:

| Name: | Type: | Role: |
|---|---|---|
| ████████████ | Individual | Owner/Operator |

**Address:**
████████
FORT WALTON BEACH, FLORIDA  32548

### TWIC Details:

| Worker Type: | Checked: | Compliant: | Noncompliant: | Remarks: |
|---|---|---|---|---|
| Other | 0 | 0 | 0 | |

### Radiation Details:

**Radiation:** No Radiation Detected

Operational Controls: (None)

### Log:

| Effective Date: | Description/New Value: | Logged By Unit: | Logged By: |
|---|---|---|---|
| 08JAN2020 | Closed Date: 1/8/2020 4:35:31 PM | Marine Safety Detachment Panama City | Bangh, Michael R |
| 21OCT2019 | Involved Personnel Point Of Contact: No | Marine Safety Detachment Panama City | Johnson, Jason L |
| 27SEP2019 | Involved Personnel Point Of Contact: No | Marine Safety Detachment Panama City | Greer, Joshua P |
| 27SEP2019 | Involved Personnel Point Of Contact: Yes | Marine Safety Detachment Panama City | Greer, Joshua P |
| 27SEP2019 | Owning Unit: Marine Safety Detachment Panama City | Marine Safety Detachment Panama City | Greer, Joshua P |
| 27SEP2019 | Point Of Contact: ████████████ | Marine Safety Detachment Panama City | Greer, Joshua P |
| 27SEP2019 | Start Date: 9/26/2019 10:30:00 AM | Marine Safety Detachment Panama City | Greer, Joshua P |
| 08JAN2020 | Status/Subtype: Closed/Approved Inspection | Marine Safety Detachment Panama City | Bangh, Michael R |
| 27SEP2019 | Status/Subtype: Open/In Progress | Marine Safety Detachment Panama City | Greer, Joshua P |
| 02OCT2019 | Status/Subtype: Open/Submitted for Review | Marine Safety Detachment Panama City | Powell, Takila S |
| 27SEP2019 | Title: SPV Overnight Passenger Verification | Marine Safety Detachment Panama City | Greer, Joshua P |
| 27SEP2019 | Vessel: TRADEWINDS | Marine Safety Detachment Panama City | Greer, Joshua P |

Ex. B 006

Documents: (None)

**Certificates:**

| Name: | Type: | Description: |
|---|---|---|
| COI - Amended 08Jan2020 | Certificate of Inspection - Amended | |

| Owning Unit: | Status: | Issued Date: | Expired Date: |
|---|---|---|---|
| Marine Safety Detachment Panama City | EXPIRED | 12JAN2016 | 12JAN2021 |

Ex. B 007