```
CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
AMY KARLIN (Bar No. 150016)
Chief Deputy Federal Public Defender
GEORGINA WAKEFIELD (Bar. No. 282094)
(Email: Georgina_Wakefield@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY BOYLAN
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 22-482-GW |
|---|---|
| Plaintiff, | **ORDER APPOINTING GEORGINA WAKEFIELD AS CJA CO-COUNSEL** |
| v. | |
| JERRY BOYLAN, | |
| Defendant. | |

Good cause having been shown by the application submitted by the Office of the Federal Public Defender ("FPD"), it is hereby ordered that Georgina Wakefield is appointed to represent Defendant Jerry Boylan only for the sentencing hearing on May 2, 2024. Ms. Wakefield shall be compensated at the CJA rate for her work on that date only (see ECF No. 400 at 2).

This request has been granted due to the showing that Ms. Wakefield: (1) has represented Mr. Boylan since 2020, in her capacity as a Deputy Federal Public Defender, (2) has developed a significant attorney-client relationship with Mr. Boylan in that time period, based on her extensive work on Mr. Boylan's behalf during and in

preparation for trial, (3) has developed an ongoing relationship of trust and respect with current members of the defense team, and (4) has made a unique showing given the nature of this case that it is in the interests of justice to maintain continuity of counsel in this case.  Ms. Wakefield, along with the FPD, will continue to represent Mr. Boylan in this matter. Said appointment is contingent upon Defendant Boylan's signing a waiver of any actual or potential conflicts that may arise from Ms. Wakefield's imminent (but post May 7, 2024) joining the Larson, LLP law firm, which represents Glen Fritzler.

DATED: March 27, 2024

_____
HON. GEORGE H. WU,
United States District Judge

2