CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
JOSHUA D. WEISS (Bar No. 338918)
(E-Mail: Joshua_Weiss@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-CR-00482-GW |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON MOTIONS FOR A NEW TRIAL** |
| v. | |
| JERRY NEHL BOYLAN, | Current Hearing Date: April 15, 2024 |
| Defendant. | Proposed Hearing Date: April 22, 2024 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, through its attorneys of record, Assistant United States Attorneys Mark A. Williams, Matthew W. O'Brien, Brian Faerstein, and Juan Rodriguez, and Defendant Jerry Boylan, through his attorneys of record, Deputy Federal Public Defenders Gabriela Rivera, Julia Deixler, and Joshua D. Weiss, that:

1. Trial in this matter commenced on October 24, 2023. The jury returned a guilty verdict on the offense of Seaman's Manslaughter, in violation of 18 U.S.C. § 1115, on November 6, 2023. Sentencing is currently set for May 2, 2024.

1

2. On November 11, 2023, the Court entered an order continuing the post-trial briefing schedule and setting a hearing date for April 11, 2024. (ECF No. 350.)

3. On February 22, 2024, the defense filed two motions for a new trial (ECF Nos. 387, 391). The government filed oppositions to both motions on March 14 (ECF Nos. 394, 397.) Replies in support of the motions were filed on March 28, 2024 (ECF Nos. 406, 408.) The government has indicated that it may seek leave to file a sur-reply regarding the Motion for a New Trial Based on Error in Lesser-Included Offense Instruction.

4. On March 27, on its own motion, the Court continued the hearing on the motions for a new trial from April 11 to April 15 (ECF no. 401).

5. Counsel for Mr. Boylan is unavailable on April 15 due to a personal conflict. The defense therefore requests that the hearing be continued to April 22.[1]

6. The government does not oppose the request for a continuance and is available to proceed with the hearing on April 22, 2024.

//
//
//
//
//
//
//
//
//
//

---

[1] Defense counsel is also unavailable April 25, 26, and 29, and would respectfully request that the Court not set the hearing on those date if the Court is unavailable on April 22.

2

7. For the foregoing reasons, the parties respectfully request that the Court continue the hearing on Mr. Boylan's two motions for a new trial from April 15, 2024 to April 22, 2024.

IT IS SO STIPULATED.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 2, 2024    By  /s/  *Julia Deixler*
GABRIELA RIVERA
JULIA DEIXLER
JOSHUA D. WEISS
Deputy Federal Public Defenders
Counsel for JERRY BOYLAN

MARTIN E. ESTRADA
United States Attorney

DATED: April 2, 2024    By  /s/  *by email authorization*
MARK WILLIAMS
MATTHEW O'BRIEN
BRIAN FAERSTEIN
JUAN RODRIGUEZ
Assistant United States Attorneys
Counsel for UNITED STATES OF AMERICA