CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
JOSHUA D. WEISS (Bar No. 338918)
(E-Mail: Joshua_Weiss@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

GEORGINA WAKEFIELD (Bar No. 282094)
Criminal Justice Act Counsel

Attorneys for Defendant
JERRY NEHL BOYLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JERRY NEHL BOYLAN, <br><br> Defendant. | Case No. 2:22-CR-00482-GW <br><br> **NOTICE OF ERRATA** |

1

1       Jerry Nehl Boylan, by and through his attorneys of record, hereby files this
2 notice of errata regarding his sentencing position paper (ECF No. 435).  On page 4 at
3 line 24, the phrase "second degree murder" should instead say "conspiracy or
4 solicitation to commit murder," which has a base offense level of 33 (U.S.S.G. §
5 2A1.5).

                                            Respectfully submitted,

                                            CUAUHTEMOC ORTEGA
                                            Federal Public Defender

DATED: May 2, 2024       By   /s/
                                            GABRIELA RIVERA
                                            JULIA DEIXLER
                                            JOSHUA D. WEISS
                                            GEORGINA WAKEFIELD
                                            Counsel for JERRY BOYLAN