UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 22-482-GW |
| Date | June 12, 2024 |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

Interpreter NONE

| Javier Gonzalez | None Present | Brian R. Faerstein - not present |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | not | | ✔ | Gabriela Rivera, DFPD | not | | ✔ |

PROCEEDINGS: **IN CHAMBERS - RULING ON EX PARTE APPLICATION TO EXTEND DEFENDANT'S SURRENDER DATE FOUR WEEKS FROM JULY 11, 2024 TO AUGUST 8, 2024 FOR MEDICAL REASONS [466]**

The Court has considered Defendant Jerry Nehl Boylan's *ex parte* application to extend his surrender date from July 11, 2024 to August 8, 2024, for delineated medical reasons (Docket No. 466, filed under seal), and the government's opposition thereto, Docket No. 464. The Court finds that Defendant has shown good cause to continue his surrender date. However, the Court will not grant any further continuances of Defendant's surrender date on the grounds described in the ex parte application.

Accordingly, the Court hereby orders Defendant Jerry Nehl Boylan to surrender himself to the institution designated by the Bureau of Prisons no later than noon on August 8, 2024. In the event that the Bureau of Prisons has not by that time made such a designation, Defendant shall surrender himself to the United States Marshals Service located at the United States Courthouse at 350 West 1st Street, Los Angeles, California 90012 no later than noon on August 8, 2024.

The July 11, 2024 restitution hearing remains as originally calendared.

Initials of Deputy Clerk  JG