

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

JUN 11 2024



MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## CROSS APPEAL DOCKETING NOTICE

| | |
|---|---|
| Docket Numbers: | 24-3663, 24-3077 |
| Originating Case Number: | 2:22-cr-00482-GW-1 |
| Short Title: | United States of America v. Boylan |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket numbers shown above have been assigned to this case. You must indicate these Court of Appeals docket numbers whenever you communicate with this court regarding the cases.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish these docket numbers immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket numbers when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# CROSS APPEAL TIME SCHEDULE ORDER

Docket Numbers:            24-3663, 24-3077
Originating Case Number:   2:22-cr-00482-GW-1
Case Title:                United States of America v. Boylan

This order vacates all brief due dates set by previously-issued time schedule orders. The parties will meet the following cross appeal time schedule.

**Tuesday, August 6, 2024**
Jerry Nehl Boylan                                   Cross Appeal First Brief Due

**Thursday, September 5, 2024**
United States of America                            Cross Appeal Second Brief Due

**Monday, October 7, 2024**
Jerry Nehl Boylan                                   Cross Appeal Third Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the third brief on cross appeal. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**