CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY NEHL BOYLAN,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00482-GW<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO SUBMIT DEFENDANT'S REPLY TO GOVERNMENT'S RESTITUTION BRIEF** |

Defendant Jerry Nehl Boylan, through counsel, applies *ex parte* for an extension of time to file his response to the government's restitution brief on July 8, 2024. The restitution positions are currently due July 2, 2024. The government does not oppose this application. This application is based on the attached declaration and all other files and records in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: July 2, 2024          By  */s/ Gabriela Rivera*
GABRIELA RIVERA
JULIA DEIXLER
Deputy Federal Public Defenders
Attorney for JERRY NEHL BOYLAN

1

# DECLARATION OF GABRIELA RIVERA

1. I am a Deputy Federal Public Defender assigned to represent Jerry Boylan.

2. On May 2, 2024, this Court sentenced Mr. Boylan to 48 months in prison. (Dkt. 443.) The government requested a restitution hearing, and Mr. Boylan requested a period of time to self-surrender. The Court set the restitution hearing for July 11, 2024, and ordered restitution positions to be filed by July 2, 2024. (*Id.*)

3. In advance of the deadline for the parties' separate filings regarding restitution, the government provided me with two separate productions of documents and records the government received from the next of kin.

4. In advance of the deadline for the parties' separate filings, I reached out to government counsel in an effort to understand the nature and extent of the government's anticipated restitution request. Specifically, I requested that government counsel advise whether they intended to seek restitution for all of the expenses they had provided documentation for. Government counsel responded that the government's forthcoming brief will inform the Court about the restitution requests and supporting documentation received from the next of kin and will also provide the Court with the relevant law while acknowledging that some restitution requests may not be legally cognizable.

5. In light of the government's response, it is clear that I will need to review the government's brief in order to understand the government's position on restitution before I can provide the Court with Mr. Boylan's complete position on restitution. Accordingly, I am requesting additional time to review the government's brief and respond to it.

//
//
//

2

6. I have communicated by email with the government about this request. On July 2, 2024, Assistant United States Attorneys Juan M. Rodriguez and Brian Faerstein informed me that the government does not oppose the extension.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 2, 2024, at Los Angeles, California.

*/s/ Gabriela Rivera*
GABRIELA RIVERA
Deputy Federal Public Defender

3