CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant. | Case No. CR 22-482-GW<br><br>**ORDER FOR AN EXTENSION OF TIME TO SUBMIT DEFENDANT'S REPLY TO GOVERNMENT'S RESTITUTION BRIEF** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that an extension has been granted and defendant Jerry Nehl Boylan shall file his response to the government's restitution brief by July 8, 2024.

DATED: July 3, 2024

_____
HON. GEORGE H. WU
United States District Judge

Presented by:

 /s/ *Gabriela Rivera*
Deputy Federal Public Defender