UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CR 22-482-GW |
| Date | July 11, 2024 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Amy Diaz | Juan M. Rodriguez; Brian R. Faerstein; Mark A. Williams |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Gabriela Rivera, DFPD | ✔ | ✔ | |

**PROCEEDINGS:** RESTITUTION HEARING

Court hears oral argument. For reasons stated on the record, the restitution hearing is TAKEN UNDER SUBMISSION. The parties are to file a list of non-disputed restitution amounts and disputed restitution amounts by noon on July 18, 2024.

: 40

Initials of Deputy Clerk  JG