## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 22-482-GW | Date: July 29, 2024 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Terri A. Hourigan | Brian R. Faerstein; Matthew W. O'Brien; Mark A. Williams; Juan M. Rodriguez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jerry Nehl Boylan | ✔ | | ✔ | Gabriela Rivera, DFPD | ✔ | ✔ | |

**PROCEEDINGS:** DEFENDANT'S MOTION FOR BOND PENDING APPEAL [473]

The Court's Tentative Ruling on Defendant's Motion [473] was issued on July 26, 2024 [512]. Oral argument is held. For reasons stated on the record, Defendant's Motion is TAKEN UNDER SUBMISSION.

: 35

Initials of Deputy Clerk   JG