CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
GABRIELA RIVERA (Bar No. 283633)
(E-Mail: Gabriela_Rivera@fd.org)
JULIA DEIXLER (Bar No. 301954)
(E-Mail: Julia_Deixler@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JERRY NEHL BOYLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant. | Case No. 2:22-cr-00482-GW<br><br>**[PROPOSED] ORDER TO EXTEND DEFENDANT'S SURRENDER DATE TO SEPTEMBER 20, 2024** |

//
//
//
//
//

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Jerry Boylan's surrender date is continued to September 20, 2024. Boylan shall surrender himself to the institution designated by the Bureau of Prisons by noon on September 20, 2024. In the absence of such a designation, he shall report on the same date and time to the United States Marshal located at the United States Courthouse, 350 West 1st Street, Suite 3001, Los Angeles, CA 90012.

DATED:            , 2024

HON. GEORGE H. WU
United States District Judge

Presented by:

  */s/ Gabriela Rivera*
Deputy Federal Public Defender