# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY NEHL BOYLAN,<br><br>　　　　　Defendant. | Case No. 2:22-cr-00482-GW<br><br>**[PROPOSED] ORDER ALLOWING DISCLOSURE OF COPIES OF SEALED, CONFORMED DOCUMENTS, AND COURT'S COMPLETE, NON-PUBLIC DOCKET TO COUNSEL FOR PURPOSES OF APPEAL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT

(1) The Court clerk shall provide counsel for the government and the defendant with copies of the Court's complete, non-public docket, including all under-seal filings. This docket shall remain under seal as to the public;

(2) The clerk shall provide appellate counsel with the following sealed documents, to the extent documents are associated with those entries:

///

Case 2:22-cr-00482-GW   Document 520-1   Filed 09/13/24   Page 2 of 2   Page ID #:9537

| Dkt. | Public Docket Description |
|---|---|
| 101-105 | [no entry] |
| 215-217 | [no entry] |
| 251-254 | [no entry] |
| 264 | [no entry] |
| 275 | Sealed Document |
| 276 | Sealed Document |
| 277 | Sealed Document |
| 287 | Sealed - Minute Order |
| 289 | Sealed - Minutes of Initial Appearance - Material Witness |
| 290 | Sealed - Notice of Request for Detention - Material Witness |
| 291 | Sealed - Report Commencing Criminal Action - Material Witness |
| 292 | Sealed - Memorandum for Release Order Authorization - Material Witness |
| 293 | Sealed - Declaration re Passport |
| 301 | Sealed - Bond and Conditions of Release - Material Witness |
| 302 | Sealed - Passport Receipt - Material Witness |
| 303 | Sealed - Redacted Affidavit of Surety |
| 470 | [no entry] |

IT IS SO ORDERED.

DATED: September ____, 2024

_____
HON. GEORGE WU
United States District Judge

Presented by:
*s/ Hunter Haney*
Deputy Federal Public Defender

2