UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 4 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant - Appellant. | No. 24-3077<br><br>D.C. No.<br>2:22-cr-00482-GW-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JERRY NEHL BOYLAN,<br><br>Defendant - Appellant. | No. 24-6045<br>D.C. No.<br>2:22-cr-00482-GW-1<br>Central District of California,<br>Los Angeles |

Before: CALLAHAN, OWENS, and KOH, Circuit Judges.

The Appellant's motion for a 60-day extension of time to file a petition for rehearing and/or rehearing en banc is denied. Instead, Appellant will be granted a 14-day extension of time until March 31, 2026, within which to file a petition for rehearing and/or rehearing en banc. No further extensions of time will be granted.